J

PETER D. ALVEY, P.E., JANUARY 12, 2006

**Page 1**

```
 1
 2
 3
 4          IN THE UNITED STATES DISTRICT COURT
 5            FOR THE DISTRICT OF MONTANA
 6                 BILLINGS DIVISION
 7          ──────────────────────────
            UNITED STATES FIDELITY AND GUARANTY COMPANY,
 8
                         Plaintiffs,
 9
10          and      Cause No.
11     CV-04-29-BLG-RFC
12     CONTINENTAL INSURANCE COMPANY,
13     Plaintiff Intervenor,
14     v.
15     SOCO WEST, INC. BRILLIANT NATIONAL SERVICES,
       INC., STINNES CORPORATION, and BRENNTAG
16     (HOLDING) N.V.,
17
18                  Defendants.
            ──────────────────────────
19
20
21     DEPOSITION OF PETER D. ALVEY, P.E.
22        Thursday, January 12, 2006
23             9:40 a.m.
24     Reported by:
       Mary Goff, Professional Reporter
25     JOB NO. 13890AM
```

**Page 3**

```
 1
 2
 3     A P P E A R A N C E S:
 4
 5     SONNENSCHEIN NATH & ROSENTHAL
         Attorneys for Plaintiff UNITED STATES FIDELITY
 6     AND GUARANTY COMPANY
           8000 Sears Tower
 7         233 South Wacker DrIVE
           Chicago, Illinois 60606
 8
       BY:    JOHN I. GROSSBART, ESQ.
 9
10     DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
         Attorneys for Plaintiff Intervenor CONTINENTAL
11     INSURANCE COMPANY
           Milwaukee Station, Third Floor
12         100 River Drive North
           Great Falls, Montana 59405
13
       BY:    MAXON R. DAVIS, ESQ.
14
15     LINQUIST & VENNUM P.L.L.P.
         Attorneys for Defendants SOCO WEST, INC.,
16     BRENNTAG WEST, INC., BRILLIANT NATIONAL
       SERVICES, INC., STINNES CORPORATION, and
17     BRENNTAG (HOLDING) N.V.
           4200 IDS Center
18         80 South Eighth Street
           Minneapolis, Minnesota 55402
19
       BY:    CHRISTOPHER L. LYNCH, ESQ.
20
21
22
23     ALSO PRESENT: Robert Morrison
24
25
```

**Page 2**

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10              January 12, 2006
                   9:40 a.m.
11              New York, New York
12
13         Deposition of PETER D. ALVEY, P.E.,
14     held at the offices of Sonnenschein Nath &
15     Rosenthal, LLP, 1221 Avenue of the Americas,
16     24th Floor, New York, New York 10020, pursuant
17     to Notice, before Mary Goff, a Notary Public
18     of the State of New York.
19
20
21
22
23
24
25
```

**Page 4**

```
 1
 2
 3
 4
 5         IT IS HEREBY STIPULATED AND AGREED, by
 6     and between the attorneys for the respective
 7     parties herein, that filing and sealing of the
 8     transcript be waived, and the same are hereby
 9     waived.
10         IT IS FURTHER STIPULATED AND AGREED that
11     all objections, except as to the form of the
12     question, shall be reserved to the time of the
13     trial.
14         IT IS FURTHER STIPULATED AND AGREED that
15     the within deposition may be sworn to and
16     signed before any officer authorized to
17     administer an oath, with the same force and
18     effect as if signed and sworn to before the
19     Court.
20
21
22
23
24
25
```

1 (Pages 1 to 4)

DEFENDANTS' 3/23/06 MOTION IN LIMINE # 3

# ATTACHMENT J

PETER D. ALVEY, P.E., JANUARY 12, 2006

Page 9

Alvey

1
2    A    That is my expert rebuttal report
3    dated October 21, 2005.
4        Q    And Exhibit 2522?
5        A    That is a supplemental expert
6    report dated January 3, 2006.
7        Q    And do these three reports contain
8    complete statements of all opinions that you
9    expect to testify to at the trial of this case
10   and the basis and reasons for those opinions?
11       A    Yeah.  It provides all the opinions
12   that I have generated to date.
13       MR. DAVIS:  Do you have any other
14   questions or are we done?
15       MR. LYNCH:  Maybe we'll go a little
16   bit longer.
17       Q    (BY MR. LYNCH) At this time do you
18   have any -- do you expect to supplement these
19   reports?
20       A    At this time, I do not.
21       Q    At this time do you expect to
22   testify to any opinions that -- on any matters
23   that are not expressed -- or contained in
24   these reports?
25       A    Not at this time.

Page 10

Alvey

1
2        MR. DAVIS:  You must be done now.
3        Q    (BY MR. LYNCH) Turn to Appendix B of
4    your initial report.  Is that a list of the
5    documents you considered in connection with --
6    in forming your opinions?
7        MR. GROSSBART:  No.  Answer that
8    question and give me your list.
9        A    Yeah.  We do have a supplemental
10   document list.
11       THE DEPONENT:  I gave it to you
12   yesterday, actually.
13       MR. GROSSBART:  That's the only
14   copy?
15       THE DEPONENT:  Yeah.
16       MR. GROSSBART:  Hang on for a
17   second.
18       MR. LYNCH:  Do you want a quick
19   break and we can make a copy of that?
20       THE DEPONENT:  That's it.
21       MR. LYNCH:  Mark this as 2523.
22       (Deposition Exhibit 2523 was
23       marked.)
24       Q    (BY MR. LYNCH) The question is:  The
25   documents listed in Appendix B, were those --

Page 11

Alvey

1
2    is that a complete list of all the documents
3    you considered in preparing this report and
4    forming the opinions expressed in the
5    September 6 report?
6        A    I think there was one or two
7    documents that didn't make it on the list.
8        Q    Do you know what those documents
9    are?
10       A    Particularly in Harris' rebuttal
11   report he indicated the supplemental RI was
12   not listed, and I did have that at the time.
13       Q    The -- that would be the addendum to
14   the remedial investigation report?
15       A    Correct.  And there were a couple
16   other groundwater monitoring reports that I
17   had.  I forget what the dates were -- on
18   those were.  But they were on a CD, and they
19   just didn't make it onto the document list.
20       Q    Were those reports that were
21   prepared by Tetra Tech or Pioneer?
22       A    Correct.
23       Q    Any other documents that you
24   considered in connection with the September 6
25   report that are not on the list?

Page 12

Alvey

1
2        A    Not that I am aware of.
3        Q    Can you tell me what Exhibit 2523
4    is?
5        A    2523 is a supplemental document
6    list that I prepared subsequent to the
7    completion of my September 6 report.
8        Q    Does that list contain all the
9    documents that you had considered in
10   connection with forming the opinions expressed
11   in all -- any -- all three of your reports?
12       A    Actually, I think that's some
13   documents that we received subsequent to the
14   preparation of all three reports,
15   specifically the Unifield documents.  And I
16   also got Mr. Morrison's deposition
17   transcript, I believe.
18       Q    Are you able to identify the
19   documents on that list that you received
20   subsequent to filing your final supplemental
21   report?
22       A    Other than the two that I
23   mentioned, I can't think of any other ones.
24   Perhaps Dale's deposition also.  I don't
25   recall when I received everything

3 (Pages 9 to 12)

PETER D. ALVEY, P.E., JANUARY 12, 2006

Page 105

Alvey

1             Alvey
2    A  I don't believe so, no.
3    Q  The ASTM standards you refer to you
4 indicated dealt with TCE, correct?
5    A  Correct.
6    Q  Were any standards that deal with
7 the use of PCE for bitumen extraction?
8    A  I'm not aware of any ASTM standards
9 with PCE.
10    Q  Are you aware of any standards that
11 use PCE?
12    A  No, I am not.
13    Q  The PPG Industry document you
14 referred to, does that specifically refer to
15 the effect that PCE would have on asphalt?
16    A  Yes.
17    Q  And what did it say?
18    A  Well, I would like to read the
19 document to you. But I mean, basically it
20 says spills of chlorinated solvents on
21 asphalt should be cleaned up rapidly due to
22 the fact that they deteriorate asphalt.
23 That's my recollection.
24    Q  At what rate would the alleged
25 spill -- strike that.

Page 106

Alvey

1             Alvey
2     How long -- or what's the longest
3 length of time that the alleged spill could
4 have been in contact with an asphalt surface
5 before it would have resulted in severe
6 readily noticeable deterioration?
7     MR. GROSSBART: Object to the form
8 of the question. Severe readily noticeable
9 deterioration is your word, not his.
10 Deterioration -- you haven't even asked him to
11 define deterioration as to whether -- you
12 know, as to what it means from discoloration
13 to dissolution, I guess, and anything in
14 between. So your question is hopelessly
15 vague.
16     MR. DAVIS: I'll object to it as
17 vague on the same basis. I assume, just to
18 clarify in case he does go ahead and answer
19 the question as phrased, that you're talking
20 about the hypothetical spill -- or the
21 hypothetical alleged spill, or are we talking
22 about --
23     MR. LYNCH: I believe I did say the
24 alleged spill. But if I didn't, I'll rephrase
25 the question.

Page 107

Alvey

1             Alvey
2     MR. DAVIS: I object. It's vague.
3    Q  (BY MR. LYNCH) What did you mean in
4 your opinion when you said severe readily
5 noticeable deterioration?
6    A  Well, readily noticeable or
7 severe -- I mean, something that someone
8 would have recognized. For example,
9 discoloration; you know, removal of the
10 bitumen to the point that the aggregate
11 became exposed, became loose. It's something
12 along those lines. What I -- what I am
13 saying there is that someone would have
14 noticed deterioration of the asphalt.
15    Q  How long would the alleged spill
16 have to have been in contact with the asphalt
17 for someone -- for it to result in severe
18 readily noticeable deterioration?
19     MR. GROSSBART: Objection to the
20 imcomplete nature of the hypothetical.
21    A  I haven't performed a calculation.
22    Q  (BY MR. LYNCH) Well, what variables
23 will affect the rate at which perc dissolves
24 asphalt?
25     MR. GROSSBART: Objection to the

Page 108

Alvey

1             Alvey
2 question.
3    A  I mean, there's numerous variables
4 that would --
5     MR. GROSSBART: His opinion doesn't
6 focus on the dissolving of asphalt.
7    Q  (BY MR. LYNCH) What variables would
8 affect the rate at which perc deteriorates
9 asphalt?
10    A  The similar variables.
11    Q  And what are those?
12    A  Again, there are multiple
13 variables. But the length of time it was in
14 contact with the asphalt, the -- the exact
15 nature of the asphalt, the temperature, the
16 day of the alleged spill, the wind, if it was
17 raining. I mean, any number of variables.
18 That's not an all inclusive list, but
19 multiple variables obviously.
20    Q  What -- in offering an opinion
21 that -- from the alleged spill there would
22 have been severe readily noticeable
23 deterioration of the asphalt surface, what did
24 you assume the length of time of contact to
25 be?

27 (Pages 105 to 108)

PETER D. ALVEY, P.E., JANUARY 12, 2006

Page 109

Alvey

1  Alvey
2  A   Well, I mean, looking at the
3  specifics of the alleged spill, it would have
4  been in contact for, you know, several
5  minutes at least. You know, at least -- I
6  mean, I think if we went back and looked, at
7  least 10 or 20 minutes it was likely in
8  contact with the asphalt.
9  Q   And what makes you say that?
10  A   Again, looking at the testimony --
11  I forget -- and maybe even it's in Harris' or
12  Dale's reports as well, that the testimony
13  was that it was a bulk truck and that the
14  bulk truck pumps between 60 and 100 gallons
15  per minute. And you have a spill of 250 to
16  1,000 gallons.
17      So using the 60 gallon pumping rate
18  and dividing 250 by 60 gets you a minimum of
19  four before anyone knew there was a spill. So
20  there's four minutes there. So that's the
21  minimum. And then the maximum could be hours,
22  I suppose. Probably not hours, because
23  someone would have eventually smelt it or
24  something. But you know, there was some
25  period of time -- assuming that everything

Page 110

Alvey

1  Alvey
2  they said is correct, the truck had to be
3  pumping PCE unimpeded for several minutes
4  before anyone even began to respond to it. So
5  a minimum of four minutes, a maximum of, I
6  don't know.
7  Q   Would it make a difference if the
8  surface was sloped?
9      MR. DAVIS: Object as to vague. I
10  mean, sloped at 1 degree, sloped at 45
11  degrees?
12  Q   (BY MR. LYNCH) When you are assuming
13  --
14      MR. GROSSBART: Excellent objection.
15  Q   (BY MR. LYNCH) When you are assuming
16  a minimum of four minutes, is that the assumed
17  contact time on the -- I'm talking about the
18  contact time between perc and the asphalt.
19      MR. GROSSBART: On the four minute
20  point? He just explained it. Asked and
21  answered.
22  A   Well, like I said, it had to be
23  pumping out for four minutes. So at some
24  spot in the asphalt I would assume that it
25  was in a contact for a minimum of four

Page 111

Alvey

1  Alvey
2  minutes, unless the hose was waving all over
3  the place.
4  Q   (BY MR. LYNCH) So it's your opinion
5  that in four minutes there would have been
6  severe readily noticeable deterioration?
7  A   Yes.
8  Q   And what is that based on?
9  A   Again, it's based on, you know, the
10  literature that says you need to rapidly
11  clean it up. I didn't do any scientific
12  calculation. But it's my opinion that there
13  would have been noticeable -- at a minimum
14  staining of discoloration of the asphalt.
15  Q   In the standard test results you
16  looked at with TCE, what's the length of time
17  of contact?
18  A   I don't know sitting here today.
19  Q   Have you ever observed perc spilled
20  onto asphalt?
21  A   I don't believe I have ever seen a
22  spill in progress.
23  Q   Have you ever observed asphalt after
24  perc had been spilled on it?
25  A   I'm sure that I have. I mean, I

Page 112

Alvey

1  Alvey
2  have been to a lot of some solvent
3  facilities, but I couldn't be more specific
4  than that.
5  Q   Would the makeup of asphalt affect
6  the rate at which contact with perc would
7  result in severe readily noticeable
8  deterioration?
9  A   Yes. There are different grades of
10  asphalt.
11  Q   Did you make any assumptions in
12  forming Opinion 2 as to what the makeup of the
13  asphalt at the Dyce facility was?
14  A   No specific assumptions, no.
15  Q   What's the range at which that could
16  affect the rate of severe readily noticeable
17  deterioration?
18  A   I'm not quite sure I understand
19  that question.
20  Q   The different grades of asphalt, you
21  said, would affect the rate of severe readily
22  noticeable deterioration. How much can that
23  affect it by?
24  A   Probably quite a bit. I mean, if
25  you can tell me what grade of asphalt was

28 (Pages 109 to 112)

PETER D. ALVEY, P.E., JANUARY 12, 2006

Page 117

Alvey

1
2 discoloration. Anything that would be
3 noticeable by the employees.
4     Q   What do you mean by some? Is there
5 a degree of discoloration?
6     A   No, I didn't try to quantify the
7 degree of discoloration.
8     Q   Do you mean some meaning if somebody
9 was capable of human perception? Is that
10 some?
11     MR. GROSSBART: I don't think he
12 said that. He said noticeable. Come on.
13 Let's move on.
14     A   I mean, I -- I said noticeable. So
15 someone who would have walked out there would
16 have seen some discoloration or staining of
17 the asphalt.
18     MR. LYNCH: Do you want to take a
19 lunch break now?
20     MR. GROSSBART: That's fine.
21     (A break was taken from 12:45 p.m.
22     to 1:35 p.m.)
23     Q   (BY MR. LYNCH) We're returning from
24 lunch break. Before we left for break,
25 Mr. Alvey, we were discussing Opinion No. 2 of

Page 118

Alvey

1
2 your September 6 report. And I just want to
3 clarify --
4     MR. GROSSBART: What are we on?
5     MR. LYNCH: Opinion 2, page 8.
6     THE DEPONENT: Page 8.
7     Q   (BY MR. LYNCH) And is it your
8 testimony that the basis for your
9 understanding as to the rate at which perc
10 will deteriorate asphalt are the documents you
11 have identified in Appendix B to your report?
12     A   And the deposition transcripts
13 of -- some of the employees testified about
14 the deterioration caused by perc as well.
15     Q   Okay. Do you recall which
16 employees?
17     A   No, not specific names.
18     Q   And in addition to the deposition
19 transcripts it's the -- if you turn to
20 Appendix B -- page 2, Appendix B in your
21 September 6 report --
22     A   Okay.
23     Q   -- it's the document, the standard
24 test methods for quantitative extraction of
25 vitamin -- from bitumen from bituminous paving

Page 119

Alvey

1
2 mixtures, ASTM International guide?
3     A   Correct.
4     Q   And then the last document
5 identified on that page, bulk handling and
6 properties of PPG, chlorinated solvents,
7 perchlorethylene, trichlorethylene,
8 tri-ethane, 111-trichlorethane, PPG
9 Industries, Inc.?
10     A   Correct.
11     Q   Any other documents identified in
12 Appendix B or any supplemental?
13     A   No. No.
14     Q   And do those documents, in addition
15 to the deposition transcripts, form the
16 complete basis for your understanding as to
17 the rate at which perchlorethylene will
18 deteriorate asphalt?
19     A   Subsequent to my report I have read
20 Dale's deposition. You know, so obviously he
21 addresses this issue in much more detail than
22 I do. But no. I mean, my opinion is that it
23 would have caused some noticeable
24 deterioration.
25     Q   And that opinion again is based on

Page 120

Alvey

1
2 the deposition testimony and the two documents
3 we have just identified?
4     A   Correct.
5     MR. LYNCH: Mark this as the next
6 exhibit.
7     (Deposition Exhibit 2544 was
8     marked.)
9     Q   (BY MR. LYNCH) I'm showing you
10 Exhibit 2544. Are those the standard test
11 methods --
12     A   Yes, it is.
13     Q   -- upon which you based your
14 opinion? And I believe you have already
15 indicated that the -- that document refers to
16 using TCE and some other solvents but not perc
17 as a solvent for extracting bitumen?
18     A   Bitumen. That is correct.
19     Q   Okay. Do you have any understanding
20 as to whether the rate at which perc will
21 deteriorate asphalt is any different than TCE
22 or any of the other solvents identified in
23 that document?
24     A   I don't know what the specifics
25 are, but I believe that perc would do it even

30 (Pages 117 to 120)

PETER D. ALVEY, P.E., JANUARY 12, 2006

Page 121

Alvey
1
2  quicker.
3      Q    And why is that?
4      A    Because it's generally considered a
5  more -- a better solvent than trichlor.
6      Q    And what do you mean by a better
7  solvent?
8      A    That it dissolves things more
9  rapidly.
10     Q    And why is that?
11     A    I'm not an organic chemist, but I
12  believe it's due to the fact that it has
13  additional chlorine.
14         MR. LYNCH: Mark this as the next
15  exhibit.
16         (Deposition Exhibit 2545 was
17         marked.)
18     Q    (BY MR. LYNCH) And is that the other
19  document referred to in Appendix B, the bulk
20  handling and --
21     A    It is.
22     Q    -- properties document? If you turn
23  to page 2 of that document you'll see that
24  there's some highlighting on that page. And I
25  will represent for the record that's actually

Page 122

Alvey
1
2  my highlighting. And if you want, I can read
3  that into the record what it states.
4      A    That's the PPG document.
5      Q    It states, Spills of chlorinated
6  solvent can quickly damage asphalt surfaces
7  and should be properly cleaned up.
8          Is that the statement in that
9  document to which you were referring to as the
10  basis for your understanding as to the rate at
11  which perc deteriorates asphalt?
12     A    Yes, it is.
13     Q    If you can turn to page 11 of your
14  September 6 report. I'll direct your
15  attention to -- Opinion 6 on that page of the
16  report discusses what you refer to here as the
17  northwest corner area of the site. On the
18  second sentence of that it states, It is my
19  further opinion that the source of this
20  contamination is likely due at least in part
21  to historical runoff from operational portions
22  of the site, comma, which was captured by
23  ditches and discharged in this undeveloped
24  portion of the site, period.
25          Is it your opinion that the

Page 123

Alvey
1
2  historical runoff referred to in that sentence
3  is the primary cause of the contamination
4  detected by U.S. EPA in, I believe, what you
5  have referred to as the northwest corner area
6  of this site?
7      A    No.
8      Q    What do you believe is the primary
9  cause of that contamination?
10     A    I didn't really determine what is
11  the primary cause. I mean, what I say here
12  is that there are many different causes
13  potentially.
14     Q    What are the many different
15  potential causes of contamination in the
16  northwest corner?
17     A    Well, I mean, I have listed here
18  the ditches, obviously. And then I also have
19  overflow or discharges from the catch pond
20  and evaporation ponds and migration of
21  contaminants from other source areas on site.
22     Q    Any other causes --
23     A    Well --
24     Q    -- of the contamination in the
25  northwest corner?

Page 124

Alvey
1
2      A    -- you could include drum storage
3  back there. We have aerial photo
4  documentation of drum storage in that area.
5  Let's see. What else? Certainly the ponds.
6  Migration of anything. Any spills or leaks.
7  And that's all that I can determine for now.
8      Q    Based on your review of the
9  investigative data and other data cited in
10  your reports, have you formed an opinion as to
11  which of these potential causes is the likely
12  cause of the contamination in the northwest
13  corner?
14         MR. GROSSBART: Would you reread the
15  question, please.
16     Q    (BY MR. LYNCH) Based on your review
17  of the investigative data and the other
18  documents identified in your reports have you
19  formed an opinion as to which of these
20  potential causes is the likely cause of the
21  contamination?
22         MR. DAVIS: Object as to foundation
23  and the form of the question. You phrase it
24  as though one excludes all the others, and I
25  don't know that that's his testimony.

PETER D. ALVEY, P.E., JANUARY 12, 2006

Page 125

Alvey

1
2     MR. GROSSBART: Right. And if he's
3   formed an opinion in his report -- I think he
4   said he didn't form an opinion. But go ahead.
5   I mean, do --
6     A   Yeah. I did not try to determine
7   what I thought was the most likely source out
8   there, just that any or all of those factors
9   could have contributed to the contamination.
10   I might add to my list, now that I am
11   thinking about it, off-site sources.
12     Q   (BY MR. LYNCH) I want to make sure I
13   have this clear. So you're not offering an
14   opinion as to what the likely source of the
15   contamination in the northwest corner is;
16   you're merely opining that there are many
17   possible sources of the contamination in the
18   northwest corner?
19     A   Correct. I am not -- I did not, in
20   my opinion, select a given scenario as most
21   likely. I'm saying that, like I just said a
22   minute ago, any or all of those could have
23   contributed.
24     Q   But you have no opinion as to
25   whether, in fact, any or all of those did, in

Page 126

Alvey

1
2   fact, contribute?
3     A   Yeah. My opinion is not that any
4   one is the source.
5     Q   You identify one of the potential
6   sources in -- that's expressed in Opinion 6 as
7   historical runoff. You use the term
8   "historical." Do you have an opinion as to
9   when that occurred?
10     A   During the entire history of the
11   site.
12     Q   Am I correct that it's your opinion
13   that you can't date the contamination at the
14   Dyce site based on the investigative data?
15     A   I have not attempted to date it.
16     Q   It's your opinion that the
17   contamination could have occurred anytime
18   between 1972, when Dyce purchased the site, up
19   to the time the contamination was detected by
20   U.S. EPA or their agents?
21     A   I mean, at least in that time
22   frame. I mean, if there was a source from
23   offsite. I mean, if -- like John said, if
24   someone drove a truck out in the northwest
25   corner, that could have happened at any time

Page 127

Alvey

1
2   even prior to Dyce.
3     Q   You refer to historical runoff from
4   operational portions of the site. Is there
5   any particular portion of the site you're
6   referring to? And we can --
7         MR. GROSSBART: Are you asking him
8   what he means by operational portions?
9         MR. LYNCH: Yes.
10        MR. GROSSBART: Do you want a photo
11   or a diagram? Where's all the photos that
12   were marked as exhibits?
13        THE DEPONENT: They're under here.
14        MR. GROSSBART: Do you want me to
15   show him one of those photos?
16        MR. LYNCH: I have a blowup of it.
17   Let's mark this as the next exhibit.
18        (Deposition Exhibit 2546 was
19        marked.)
20     Q   (BY MR. LYNCH) I'm showing you
21   what's been marked as Exhibit 2546. I believe
22   it has a date of 1995 in the lower right-hand
23   corner. Do you recognize that as a diagram of
24   the Dyce site?
25     A   I do.

Page 128

Alvey

1
2     Q   Okay. Can you identify on that
3   diagram where -- what you're referring to when
4   you talk about operational portions of the
5   site?
6     A   Basically everything would be
7   operational except the parking lot, which may
8   also be considered operational if trucks are
9   driving through there.
10     Q   Okay. So it's your opinion that
11   runoff from any part of the area you have just
12   circled could be captured by ditches and be
13   discharged in the northwest corner of the
14   site?
15     A   No. That's not what I am saying.
16     Q   Okay. Tell me --
17     A   I mean, there were ditches that you
18   see in the aerials certainly along this side
19   of the -- the site, the --
20     Q   Why don't you identify on the
21   diagram where the ditch is --
22     A   Well, roughly --
23     Q   -- that you are referring to.
24     A   -- roughly where the ditches are.
25   And then over here somewhere.

32 (Pages 125 to 128)

PETER D. ALVEY, P.E., JANUARY 12, 2006

Page 141

Alvey
1
2  the northwest corner area. What -- what about
3  the source is distinct -- the source of the
4  contamination in the northwest corner area is
5  distinct from the sources of the contamination
6  found in the other areas?
7      A   Well, that there's no BTEX there
8  sensibly.
9      Q   And what does that indicate about
10  the source of the northwest corner area -- of
11  the contamination found in the northwest
12  corner area?
13      A   That there was no BTEX -- or
14  limited BTEX was in that source.
15      Q   Do you agree that the source of the
16  northwest corner contamination then is
17  predominantly a release of perchlorethylene as
18  opposed to other -- any other chemicals?
19      A   I mean, the contamination that was
20  found in the northwest corner was
21  predominantly perc. There was some TCE there
22  also.
23      Q   Is that indicative that perc
24  infiltrated the surface in that area, whereas
25  other chemicals didn't?

Page 142

Alvey
1
2      A   I mean, what it indicates is that
3  there's perc there and there's not other
4  chemicals there.
5      Q   And what does that indicate about
6  the source of the perc there?
7      A   That again, it appears to be
8  primarily a release of perc -- releases of
9  perc.
10      Q   The second potential cause of the
11  contamination in the northwest corner you have
12  identified is the overflows from catch pond;
13  is that correct?
14      A   I don't recall what order I gave
15  them in.
16      Q   Well, let's look at -- go back to
17  Opinion 6 then. Other contributing factors
18  are overflows or discharges from the catch
19  pond and/or evaporation ponds.
20          Let's start with overflows or
21  discharges from the catch pond. What's the
22  basis for your opinion that those occurred?
23      A   At a minimum, Marvin Johnson said
24  it. And I don't recall if there were other
25  employees.

Page 143

Alvey
1
2      Q   Any other basis?
3      A   I don't believe there's any
4  historic records, but it's just a potential
5  of a way for things to get out there.
6      Q   Do you know if any other witness
7  disputed Marvin Johnson's testimony that water
8  was discharged from the historic catch pond?
9      A   I don't recall if it was disputed
10  or not. It just seemed to me like if you
11  have a pond of liquid there it could have
12  overflowed or been released out there.
13      Q   Aside from Marvin Johnson's
14  testimony and perhaps the testimony of other
15  employees you can't recall here today, you
16  have no basis for believing that that did or
17  did not happen?
18      A   Yeah. I don't believe Dyce
19  provided any documents that indicated whether
20  it did or did not. And I certainly wasn't
21  there at the time.
22      Q   Can you answer my question?
23          MR. GROSSBART: Just answer his
24  question.
25      A   Oh, I'm sorry. Any other --

Page 144

Alvey
1
2      Q   (BY MR. LYNCH) Any other basis?
3      A   Ah, no. No.
4      Q   What is your understanding as to how
5  the discharges from the catch pond occurred?
6          MR. GROSSBART: Other than what he
7  has testified to? Asked and answered.
8      Q   (BY MR. LYNCH) How do you believe
9  the discharges occurred?
10          MR. GROSSBART: He didn't -- hasn't
11  said they have occurred. He said he has seen
12  evidence of it. He has told you about the
13  evidence. But he's not here to give you an
14  opinion as to what caused the contamination in
15  the northwest corner. So now you're taking it
16  and saying, how did it happen, and he
17  hasn't -- and there' no foundation. You know
18  what I am saying.
19      Q   (BY MR. LYNCH) Well, then we'll go
20  with what your attorney said. At trial do you
21  expect to offer any testimony as to what
22  caused the contamination in the northwest
23  corner?
24          MR. GROSSBART: As opposed to
25  possibilities.

36 (Pages 141 to 144)

Page 145

Alvey

1
2  A   I mean, I'm not going to testify
3  that there was a single activity. I will
4  testify that there are different
5  possibilities of the way that contamination
6  occurred.
7     Q   (BY MR. LYNCH) Are you going to
8  offer any testimony as to whether any of those
9  possibilities -- strike that.
10       Are you going to offer testimony as
11  to whether the contamination is more likely
12  than not the result of any of those
13  possibilities or a combination of those
14  possibilities?
15     A   I -- I mean, I think I'm going to
16  testify that I don't think the alleged spill
17  caused it, because that's what my opinion is,
18  and that there are many other likely sources.
19     Q   So you are going to testify that the
20  other sources are likely -- are the likely
21  causes?
22     A   Any of these. Not -- not a
23  specific one, but that there are other
24  contributing factors.
25       MR. GROSSBART: He'll testify that

Page 146

Alvey

1
2  Mr. Harris was right the first time.
3       MR. DAVIS: Or Sullivan.
4     Q   (BY MR. LYNCH) In your view is the
5  investigative data regarding the contamination
6  that's been found below the northwest corner
7  source area consistent with that contamination
8  having been caused by an overflow from the
9  catch pond?
10     A   Is the investigation consistent?
11     Q   The sampling data.
12       MR. GROSSBART: In whole or part,
13  right?
14       MR. LYNCH: In whole or part.
15     A   I mean, I think the data indicates
16  that it could have come from the catch basin.
17     Q   (BY MR. LYNCH) My question was a
18  little more narrow than that. I'm talking
19  just overflows from the historic catch pond.
20     A   Overflows from the historic catch
21  pond?
22       MR. GROSSBART: As opposed to --
23  wait a second. He has just said it could have
24  come from the catch pond, and you are making a
25  distinct between --

Page 147

Alvey

1
2       MR. LYNCH: He's got overflows or
3  discharges in his report.
4       MR. GROSSBART: So you want him to
5  distinguish between an overflow, which 1 --
6  1 --
7       MR. LYNCH: Let me ask the witness.
8       MR. GROSSBART: Okay.
9     Q   (BY MR. LYNCH) How do you use --
10  what do you mean by an overflow from the catch
11  pond?
12     A   An overflow would be it got filled
13  up too far and went over the banks of the
14  pond.
15     Q   Okay. And what do you mean by a
16  discharge from the catch pond?
17     A   A discharge? Again, we would have
18  to look at Marvin Johnson's -- or -- and
19  whatever other employees -- how they talk
20  about the method of discharge from the pond.
21  But it could be several different ways.
22     Q   Sitting here today you don't -- do
23  you have a recollection as to what the method
24  of discharge Mr. Johnson testified to was?
25     A   I -- I believe that he said they

Page 148

Alvey

1
2  put a hose on. I don't know if it was any
3  more specific than that.
4     Q   Do you have an opinion as to whether
5  or not the DNAPL contamination that's been
6  identified in the northwest corner source area
7  originated from an overflow from the catch
8  pond?
9       MR. GROSSBART: Again, same problem.
10  Are you -- are you asking him whether it's a
11  possibility, or are you asking if he's
12  determined whether that is the case --
13       MR. LYNCH: More likely than not.
14       MR. GROSSBART: That doesn't solve
15  the problem. Are you asking him to give you a
16  -- whether he has an opinion to a reasonable
17  degree of scientific certainty that the
18  pollution in the northwest corner was caused
19  by a discharge from the catch pond, or are you
20  asking him if it's a possibility? Those are
21  different questions. And you -- we have been
22  jumping back and forth, and I would like you
23  to be distinct.
24       MR. LYNCH: I'll separate the two
25  then.

37 (Pages 145 to 148)

PETER D. ALVEY, P.E., JANUARY 12, 2006

Page 149

Alvey

1     Alvey
2          MR. GROSSBART: Okay.
3     Q   (BY MR. LYNCH) Do you have an
4     opinion as to a reasonable degree of
5     scientific certainty as to whether the DNAPL
6     contamination found in the northwest corner
7     source area was caused by an overflow from the
8     catch pond?
9     A   No. I mean, my opinion, as is
10    stated, is that it's possible.
11    Q   Do you have an opinion as to a
12    reasonable degree of scientific certainty that
13    the contamination found in the northwest
14    corner source area was caused by historical
15    runoff from the operational portions of the
16    catch pond?
17    A   Now again I'm saying it's --
18         MR. DAVIS: Whoa, whoa, whoa.
19    Historical runoff from the operational
20    portions of the catch pond.
21         MR. LYNCH: I'm sorry. Yes, I
22    misspoke.
23    Q   (BY MR. LYNCH) Do you have an
24    opinion as to a reasonable degree of
25    scientific certainty that the contamination

Page 150

1     Alvey
2     found in the northwest corner source area was
3     caused by historical runoff from operational
4     portions of the site?
5     A   Now again, I'm saying that it's a
6     possibility.
7     Q   So am I correct that you have no
8     opinion -- strike that.
9          Am I correct that at trial you will
10    not be offering an opinion as to a reasonable
11    degree of scientific certainty as to what the
12    cause of the contamination in the northwest
13    corner source area was?
14         MR. DAVIS: Asked and answered.
15    A   Again, I expect to say that there
16    are many possible causes.
17    Q   (BY MR. LYNCH) And you're not going
18    to -- and that's what I want to clarify.
19         Are you going to being offering the
20    opinion that any of those cause -- that to a
21    reasonable degree of scientific certainty --
22    certainty, any of those causes were the cause
23    of the contamination in the northwest corner
24    source area?
25         MR. DAVIS: Object to the form of

Page 151

1     Alvey
2     the question. You keep narrowing it down to
3     the cause, and I don't think he has got that
4     opinion.
5     Q   (BY MR. LYNCH) Okay. Or a cause.
6     We'll change it to a cause.
7     A   I'm going to opine that it is a
8     possible cause.
9     Q   Now I'm confused. So just so I have
10    it straight, you will be -- am I correct that
11    at trial you will be will be offering the opinion
12    that to a reasonable degree of scientific
13    certainty it is possible that the various
14    potential causes you have identified today are
15    a cause of the contamination found by U.S. EPA
16    in the northwest corner source area?
17         MR. GROSSBART: That's not the full
18    summation of what he -- of his opinion.
19         MR. DAVIS: I mean, all I think
20    you're doing now is repackaging his Opinion 6,
21    which I think is pretty straightforward, if
22    you look at it.
23    Q   (BY MR. LYNCH) Well, Opinion 6 you
24    say that the source of the contamination is
25    likely due. And now today you have been

Page 152

1     Alvey
2     talking about it's a possible cause.
3          MR. DAVIS: It goes on to say there
4     are other contributing factors.
5          MR. LYNCH: And I understand that.
6          MR. DAVIS: Okay. So there's his
7     opinion.
8     Q   (BY MR. LYNCH) But is historical
9     runoff in the operational portions of the site
10    more than just a possible cause?
11    A   I -- no. It's just a possible
12    cause.
13    Q   Nothing more? Not more likely than
14    not?
15    A   Just a possible cause.
16    Q   Opinion 6 also talks about overflows
17    or discharges from evaporation ponds used
18    historically on the site. What do you mean by
19    overflows or discharges from evaporation
20    ponds?
21    A   Similar to what the catch ponds,
22    either -- either the evaporation pond
23    overflowed or it was intentionally discharged
24    to that area.
25    Q   Can you identify on Exhibit 2546

38 (Pages 149 to 152)

Page 161

Alvey

1 put this on.
2
3     (The last pending question was read
4 back.)
5     A   I have not attempted to age date
6 the PCE.
7     Q   (BY MR. LYNCH) What do you mean by
8 relatively new?
9     A   Just relatively new. I don't have
10 any -- I don't have any specific thing in
11 mind. Just that in looking at it, newer than
12 the catch pond, I guess is what jumped out at
13 me. All I'm saying is that I don't think the
14 catch pond was the principal source. So the
15 fact that the catch pond was there a long
16 time ago contributed to the fact that I
17 didn't think it was the principal source.
18     Q   Do you know when the catch pond
19 was -- do you have an understanding as to when
20 the catch pond was done away with or
21 discontinued?
22     A   Again, I could look at the aerials
23 to tell you for sure. But in the '80s
24 sometime.
25     Q   So to summarize -- and correct me if

Page 162

Alvey

1
2 I'm wrong -- is it your opinion that the
3 makeup of the contamination in the northwest
4 corner, meaning the degradation information,
5 suggests that the contamination got there
6 sometime after the catch pond was done away
7 with in the '80s?
8     A   That's not really what I am saying.
9 I'm just saying that what the contamination
10 looks like indicates to me that the catch
11 pond isn't the principal source; that there
12 are other sources in addition to the catch
13 pond -- other possible sources.
14     Q   At trial do you expect to offer any
15 opinion as to when the perc contamination
16 found in the northwest corner likely got into
17 the subsurface?
18     A   My opinions as I present them so
19 far do not, so no.
20     Q   Go to your rebuttal report, page 5,
21 the first bullet point. You can read that to
22 yourself. And let me know when you're
23 finished, please.
24     A   The one about the drums?
25     Q   Yes.

Page 163

Alvey

1
2     A   Yes. Okay.
3     Q   We have talked a little bit about
4 this. I just want to see if this refreshes
5 your memory at all as to which employees
6 testified regarding the residuals being
7 emptied onto the ground.
8     A   The individual names?
9     Q   Yes.
10     A   No, I don't recall.
11     Q   It's your recollection that at least
12 some employees said specifically that it was
13 PCE and TCE residuals that were emptied onto
14 the ground?
15     A   That's what I wrote here, so that
16 must have been my understanding when I read
17 the depositions.
18     Q   Do you have any understanding based
19 on your review of the testimony and other
20 evidence as to what percentage of the barrels
21 that were returned to the Dyce site at any
22 given time were perc barrels as opposed to
23 barrels that contained some other chemical?
24     A   I do not.
25         MR. GROSSBART: Do you mean to

Page 164

Alvey

1
2 distinguish between perc and TCE in that
3 question?
4     Q   (BY MR. LYNCH) We'll start out with
5 perc.
6     A   I would have to re-review the
7 deposition testimony.
8     Q   If the testimony indicated that at
9 least during the period when the alleged
10 dumping from barrels occurred only a small
11 fraction of the barrels that were stored at
12 the Dyce site were, in fact, PCE barrels,
13 would that make it less likely that barrel
14 dumping would be a contributing cause or
15 possible cause of the contamination in the
16 northwest corner?
17         MR. GROSSBART: Objection to the
18 question. Small fraction of how many barrels?
19         MR. DAVIS: Objection; vague.
20         MR. GROSSBART: I mean, does --
21     Q   (BY MR. LYNCH) If the testimony
22 indicated that at any -- that 300 barrels were
23 stored at the Dyce site at a given time and
24 that less than five of those barrels were perc
25 barrels --

41 (Pages 161 to 164)

PETER D. ALVEY, P.E., JANUARY 12, 2006

Page 193

1      Alvey
2    farm area.
3      Q   I believe we covered this before,
4    but am I correct that you do not have an
5    opinion as to what the cause of the
6    contamination in the acid tank farm area of
7    the site is?
8      A   That's correct. My opinion is just
9    that it's not caused by the alleged spill.
10     Q   And with respect to the northwest
11   corner source area, am I correct that you do
12   not have an opinion to a reasonable degree of
13   scientific certainty as to what the cause was
14   other than that there are potentially several
15   multiple possible causes for that
16   contamination?
17       MR. GROSSBART: Asked and answered,
18   but go ahead.
19     A   I would say that's correct, but my
20   opinion is there's many things that could
21   have.
22     Q   (BY MR. LYNCH) If you can turn in
23   your rebuttal report, Opinion No. 3. And you
24   can read the opinion to yourself, and let me
25   know when you are finished.

Page 194

1      Alvey
2    A   Okay.
3      Q   Is it your opinion that based on the
4    contamination and/or data collected at the
5    SOCO West site by U.S. EPA, MDEQ can't date
6    the release that caused -- releases that
7    caused the contamination at the site?
8       MR. GROSSBART: Asked and answered.
9    Go ahead.
10     A   I mean, that's not what that
11   opinion says.
12     Q   (BY MR. LYNCH) Well, what is your
13   opinion then?
14     A   Well, again, we talked about the --
15   nothing about the data that supports
16   Dr. Harris' contention that the contamination
17   is the result of an incident which occurred
18   in the 1970s.
19     Q   Is there anything about the data
20   that tends to refute Dr. Harris' contention as
21   to the date of the incident?
22     A   Well, again, we talked about the --
23   kind of the lack of data. But the data that
24   does exist along the railroad tracks tends to
25   indicate that PCE didn't go down that ditch.

Page 195

1      Alvey
2      Q   I'm just talking about the date, I'm
3    sorry, now.
4      A   Oh, the date.
5      Q   The date.
6      A   I did not attempt to date it.
7      Q   As far as you know, there's nothing
8    in the record that would preclude a conclusion
9    that the release occurred in the 1975 to '77
10   time frame?
11     A   I don't believe there's anything
12   that would preclude it.
13       MR. GROSSBART: From a date
14   standpoint?
15       THE DEPONENT: From a date
16   standpoint, certainly.
17       MR. LYNCH: I have nothing further.
18       MR. DAVIS: Well, let me -- just to
19   clarify, I mean going back to your testimony
20   about 20/30 minutes ago, Peter, I think you at
21   some point earlier today had indicated that
22   the amount of prephase perc in the northwest
23   corner was consistent with a far more
24   current -- I mean, the lack of -- I think you
25   determined daughter products --

Page 196

1      Alvey
2       THE DEPONENT: Right.
3       MR. DAVIS: -- you used? And so
4    does -- that data, is that more or less
5    consistent with Mr. Harris -- or Dr. Harris'
6    conclusions?
7      A   I mean, just --
8       MR. DAVIS: The data on the -- on
9    the -- on the -- what's in there?
10       THE DEPONENT: In the northwest
11   corner if you just look at the data
12   qualitatively just look at it, it tells you it
13   was a recent spill because of the lack of
14   daughter products. No scientific calculation,
15   just looking at it, I would say that it's a
16   recent spill. Relatively recent.
17       MR. LYNCH: Are you finished with
18   that? I have a quick follow-up on that.
19     Q   (BY MR. LYNCH) Looking at the data,
20   as you have indicated, are there other
21   explanations as to why there might be more PCE
22   than its daughter products, other than it
23   being a relatively recent spill?
24     A   There could be other -- other --
25   other issues, I guess, that would -- would

49 (Pages 193 to 196)

PETER D. ALVEY, P.E., JANUARY 12, 2006

Page 197

Alvey

1             Alvey
2 account for it.
3    Q   What variables will affect the
4 degradation rate of PCE?
5    A   All kinds of things. I mean, other
6 contaminants in -- in the system, the soil
7 type, the microbes in the area, the amount of
8 dissolved oxygen, the amount of nitrogen.
9 Any number of things. There's a lot of
10 variables that affect the degradation rate.
11    Q   So is it fair to say that to reach
12 an opinion with any reasonable degree of
13 scientific certainty as to whether or not
14 this -- the data indicates a recent spill, a
15 release, you need to take into consideration
16 each of those variables?
17    A   Those are variables that you would
18 want to take into consideration, yes.
19    Q   Without taking those into
20 consideration can you form an opinion with a
21 reasonable degree of scientific certainty that
22 this was a recent release as opposed to a
23 release that might have occurred in the 1970s?
24    A   As I said earlier today, I have not
25 attempted to age date the contamination.

Page 198

1             Alvey
2    Q   So you have no opinion to a
3 reasonable degree of scientific certainty as
4 to when this release occurred?
5    A   Again, I have not attempted to make
6 that calculation.
7    MR. GROSSBART: Anything else, Max?
8    MR. DAVIS: I don't think so. No.
9    MR. GROSSBART: Okay.
10    (A break was taken from 3:40 p.m. to
11    3:45 p.m.)
12    MR. LYNCH: We're back on the
13 record. It's my understanding that counsel
14 have now reached an agreement that they will
15 be exchanging the spreadsheets and documents
16 that support the calculations made in the
17 report of Mr. Alvey and then also the
18 calculations that are referred to and opined
19 to in the report of Dr. Harris; is that
20 correct?
21    MR. GROSSBART: Correct.
22    MR. LYNCH: I believe that's it.
23
24
25

Page 199

2   (Time noted: 3:46 p.m.)
3
4       —————————————————
5       PETER D. ALVEY, P.E.
6 Subscribed and sworn to before me
7 this_____day of_____, 2006.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 200

2       C E R T I F I C A T E
3 STATE OF NEW YORK )
4        : Ss
5 COUNTY OF NEW YORK)
6
7      I, Mary Goff, a
8 Professional Reporter and Notary
9 Public within and for the State of New York,
10 do hereby certify:
11      That PETER D. ALVEY, P.E., the
12 witness whose deposition is hereinbefore set
13 forth, was duly sworn by me and that such
14 deposition is a true record of the testimony
15 given by the witness.
16      I further certify
17 that I am not related to any of the parties to
18 this action by blood or marriage, and that I
19 am in no way interested in the outcome of this
20 matter.
21      IN WITNESS WHEREOF, I
22 have hereunto set my hand this 16th day of
23 January 2006.
24      —————————————————
25      MARY GOFF

50 (Pages 197 to 200)