# EXHIBIT D

To Motion In *Limine*
to Preclude Certain Opinion Testimony of Bruce E. Dale

Excerpts from transcript of 1/25/2007 trial testimony
of Monte Naff

JoAnn C. Bacheller
Registered Diplomate Reporter
Certified Realtime Reporter
P. O. Box 1424
Billings, Montana 59103-1424
406/247-4477 office
406/247-7008 fax
joann_bacheller@mtd.uscourts.gov

United States Court Reporter


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

```
UNITED STATES FIDELITY AND      )
GUARANTY COMPANY,               )
                    Plaintiff,) CV-04-29-BLG-RFC
    and                         )
                                ) VOLUME 4
CONTINENTAL INSURANCE COMPANY,  ) TRANSCRIPT OF JURY TRIAL
          Plaintiff Intervenor,)
    vs.                         )
                                )
SOCO WEST, INC., BRILLIANT      )
NATIONAL SERVICES, INC.,        )
STINNES CORPORATION, and        )
BRENNTAG (HOLDING) N.V.,        )
                    Defendants.)
_____)
```

BEFORE THE HONORABLE RICHARD F. CEBULL
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF MONTANA


James F. Battin United States Courthouse
316 North 26th Street
Billings, Montana 59101
Thursday, January 25, 2007
08:37:40 to 16:47:40


Proceedings recorded by machine shorthand
Transcript produced by computer-assisted transcription

22582bbb-d9c6-43b2-86fb-6e9c36411467

Page 779

```
 1              APPEARANCES
 2   For the Plaintiff      MR. JOHN I. GROSSBART
     USF&G:                 MR. ROBERT C. JOHNSON
 3                          MR. M. KEITH MOSKOWITZ
                            Attorneys at Law
 4                          8000 Sears Tower
                            233 South Wacker Drive
 5                          Chicago, Illinois 60606
 6                          MR. MARSHAL L. MICKELSON
                            Attorney at Law
 7                          P. O. Box 509
                            Butte, Montana 59703
 8
     For the Plaintiff      MR. MAXON R. DAVIS
 9   Intervenor Continental:    Attorney at Law
                            P. O. Box 2103
10                          Great Falls, Montana 59403
11                          MR. BRIAN W. WALSH
                            Attorney at Law
12                          405 Howard Street, Suite 600
                            San Francisco, CA 94105
13
     For the Defendants:    MR. THOMAS C. MIELENHAUSEN
14                          MR. CHRISTOPHER L. LYNCH
                            Attorneys at Law
15                          4200 IDS Center
                            80 South Eighth Street
16                          Minneapolis, Minnesota 55402
17                          MR. LAWRENCE B. COZZENS
                            Attorney at Law
18                          550 North 31st Street, Suite 250
                            Billings, Montana 59101
19
     Also present for       MS. JULIANNE ROHM
20   graphics display:      MR. MIKE S. GREER
21
22
23
24       REPORTER'S NOTE: "Uh-huh" and "Um-hmm" indicate
     affirmative responses. "Huh-uh" and "Hm-umm" indicate
25   negative responses.
```

Page 780

```
 1              CONTENTS
 2   Proceedings ............................. 782
 3   Volume 4 Reporter's Certificate ......... 1035
 4
 5              WITNESSES
 6   For the Defendants:
 7   Mr. Charles Bender
       Direct Examination by Mr. Cozzens ......... 782
 8     Cross-Examination by Mr. Davis ............ 786
       Redirect Examination by Mr. Cozzens ....... 796
 9
     Mr. Desmond Slater (by videotape deposition)
10     Examination by Mr. Mickelson .............. 805
       Examination by Ms. Slakey ................. 849
11     Reexamination by Mr. Mickelson ............ 859
       Examination by Mr. Mielenhausen ........... 860
12     Reexamination by Mr. Mickelson ............ 863
       Reexamination by Ms. Slakey ............... 867
13     Reexamination by Mr. Mielenhausen ......... 868
14   Mr. Monte Naff
       Direct Examination by Mr. Mielenhausen .... 870
15     Cross-Examination by Mr. Johnson .......... 923
       Cross-Examination by Mr. Davis ............ 961
16     Redirect Examination by Mr. Mielenhausen .. 963
17   Mr. Craig Guelff
       Direct Examination by Mr. Cozzens ......... 966
18     Cross-Examination by Mr. Mickelson ........ 986
       Redirect Examination by Mr. Cozzens ....... 1000
19
     Mr. David Jirik (by deposition)
20     Direct Examination by Mr. Cozzens ......... 1005
       Cross-Examination by Mr. Johnson .......... 1019
21
22
23
24
25
```

Page 781

```
 1              EXHIBITS
 2   For the Defendants:                          Received
 3   365    01/29/91 Letter to Valued Customer from Naff ... 909
 4   380    06/08/93 Memo to Cain, Kjos from Diede ......... 909
 5   3025   07/02/87 Memo to Dick, Russ, Bob, Kevin, Ivan,
              John and File from Roger ....................... 907
 6
     3036   02/1989 Dyce Chemical Drum Return Standards .... 908
 7
     3476   06/02/79 Expense Report ........................ 892
 8
     3477   06/09/79 Expense Report ........................ 890
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 782

```
 1              PROCEEDINGS
 2       (Open court.)
 3       (Jury present.)
 4       THE COURT: Please be seated.
 5       THE CLERK: The Court has set aside this time to
 6   hear the matter of Civil 04-29-BLG-RFC, USF&G and Continental
 7   v. Soco West, for Day 4 of the jury trial.
 8       THE COURT: Mr. Mielenhausen, you may call your next
 9   witness. Mr. Cozzens, you may call your next witness.
10       MR. COZZENS: Thank you.
11       Soco calls Charles Bender.
12       WHEREUPON,
13           MR. CHARLES BENDER,
14   called for examination by counsel for defendants, after having
15   been first duly sworn to testify the truth, the whole truth,
16   and nothing but the truth, testified as follows:
17           DIRECT EXAMINATION
18   BY MR. COZZENS:
19   Q  Good morning, Mr. Bender.
20   A  Huh?  You're going to have to talk pretty loud for me,
21   because I'm awful hard of hearing, and I just put a new
22   battery in, and I lost one of my hearing aids.
23   Q  Okay.  Can you hear me now?
24   A  Yeah.
25   Q  All right.  Where do you live?
```

Page 875

1  A  Yes.
2  Q  Did you notice what the consistency of the soil was down
3  there?
4  A  It was just dirt, sandy, loam dirt. No vegetation.
5  Q  All right. Now I notice that there's no tanks out there.
6  When Dyce moved in, did it begin to put tanks, storage tanks,
7  out?
8  A  Yes. There were six tanks in this building here. We
9  pulled the roof off and put them out here. We laid a gravel
10 base and put the tanks outside.
11 Q  Okay. Mr. Naff, showing you what's been marked as
12 Exhibit 2533, this is a 1975 aerial photograph. Are you
13 familiar with this --
14 A  Yes, I am.
15 Q  -- what's depicted here?
16    We've already, Mr. Naff, in the trial, had people point
17 out the features, so I won't ask you to go into too much
18 detail here, but I would like you to focus in on where is the
19 area that bulk chemicals were loaded and unloaded?
20 A  This, the trucks would back into this area right here in
21 front of the small warehouse.
22 Q  Now can you tell me, did you ever have an opportunity to
23 observe the drainage in that area?
24 A  Well, there was a berm all the way around here, and the
25 water would drain down here and back down on the tracks.

Page 876

1  Q  All right. Now what is that square structure that's
2  cattycorner from the smaller warehouse?
3  A  This, this is the drumming shed where we drummed product.
4  Q  And what exactly was in that drumming shed? Can you
5  explain what was in there?
6  A  In 1975, what we had in there was just a very simple
7  scale we could put one drum at a time on, at this end, and
8  there was rollers that came from this end down. We could drum
9  one drum at a time on the scale.
10 Q  Was there any drain in that drumming shed?
11 A  Well, the only drain was below the rollers and then out
12 the back. I think if anything got spilled, if anything, it
13 was captured below the rollers. That was a low area in the
14 concrete.
15 Q  And does that mean anything spilled in the drumming head?
16 A  Yes.
17 Q  And where did the drain go to?
18 A  It went out back. As I remember, it just drained out
19 towards the pond out here --
20 Q  All right.
21 A  -- the catch pond.
22 Q  Now you mentioned a weigh scale and rollers. What
23 exactly was the floor of the drumming shed? What was that
24 made of?
25 A  It was concrete.

Page 877

1  Q  Now was that concrete level with the surface of the drive
2  there, the driveway, or was it -- you know, can you explain
3  that?
4  A  Well, you had to step up a little bit. Maybe like a
5  curbed step, 4 or 5 inches thick. And then it was hollowed
6  out in the middle under the shed where the rollers were.
7  Q  All right.
8  A  I mean, it was lower there, kind of, the drain and a
9  place for the rollers to rest on.
10 Q  And what was the, what I've just called -- well, the
11 drive area, or I believe it's been referred to as the
12 alleyway? What was that made -- what was the surface of that
13 area?
14 A  This area was asphalted. We asphalted this whole area, I
15 think, that first spring after we were there.
16 Q  Now the area that you just pointed to, the loading and
17 unloading area, did you ever observe water draining into the
18 drum shed itself?
19 A  Not that I ever observed. It was higher than the
20 driveway.
21 Q  Do you know why it was higher than the driveway?
22 A  Well, you had to -- we built it up so we could actually
23 lower the center to put the rollers in. And the concrete, I
24 think, was just basically built on top of the gravel, you
25 know, at ground level. It seems to me it was about curb

Page 878

1  height.
2  Q  Did you observe what would happen if the floor of the
3  drumming shed was the same surface or the same level as the
4  surface of the asphalt?
5  A  Well, the slope of all of the property is, say, this
6  direction. You would have had all the water coming right
7  through the drumming shed.
8  Q  And is that why, another reason why the curb was there?
9  A  It could have been.
10 Q  You didn't design this?
11 A  No.
12 Q  Okay. Now was there -- what was just outside of the --
13 to the east of the little warehouse, if anything?
14 A  Just east? You're talking here?
15 Q  Right.
16 A  Well, there was a concrete apron that was there when we
17 moved in that came, I don't know, maybe 10 or 12 feet. I
18 don't -- I'm not positive how far that went out, but it was a
19 little, you know, concrete apron with kind of an extension of
20 the inside garage floor that gradually sloped down to ground
21 level.
22 Q  Was that there when Dyce first moved onto the site?
23 A  Yes, I believe so.
24 Q  Now one thing I'm confused about is if -- and let me know
25 if you know this or you observed this -- if water or any other

26 (Pages 875 to 878)

22582bbb-d9c6-43b2-86fb-6e9c36411467

Page 879

1  liquid was to drop onto that concrete apron, how is it that it
2  could end up going to the west?
3  A   Well, everything sloped kind of, you know, gradual slope
4  from here back to here. Then you had a gradual slope from
5  here to here, so you had almost a natural path in front of
6  that apron where everything would just flow back into the
7  ditch. All the water would just go back into the gravel
8  ditch.
9  Q   Now right to the north of the little warehouse, what was
10 the surface of the ground there?
11 A   Just gravel, and then there was a berm right about here
12 somewhere.
13 Q   And that's what -- we'll call that -- is that the berm,
14 the south berm of the tank farm?
15 A   Yes.
16 Q   And how far over to the east did that extend?
17 A   Well, I believe it went clear behind the drumming shed.
18 Right across here.
19 Q   Now, Mr. Naff, I will ask you this question, with the
20 judge's permission, to go up to that photo and take a close
21 look just to the left of the drumming shed.
22         THE COURT: Go ahead.
23         MR. MIELENHAUSEN: Is that okay?
24         THE COURT: Go ahead.
25 ///

Page 880

1  BY MR. MIELENHAUSEN:
2  Q   Go ahead.
3  A   You're talking here?
4  Q   Right in there.
5  A   Here?
6  Q   Yeah. And is that an area there between two shadows?
7  A   Yes.
8         MR. DAVIS: Can't hear the witness.
9         MR. MIELENHAUSEN: He said yes.
10 BY MR. MIELENHAUSEN:
11 Q   And, Mr. Naff, if you could speak up? Or maybe we need
12 that microphone.
13        THE COURT: Let's get the mike, please.
14   (Discussion off the record.)
15 BY MR. MIELENHAUSEN:
16 Q   Mr. Naff, I'd like you to take a close look at that area
17 that's between the shadows, and can you tell me, do you see
18 the south berm there? And, if so, could you point to that?
19 A   Well, the berm would have been right through here
20 somewhere. I can't really see it, but this is where it was,
21 is just right here, and then --
22 Q   Do you see something to the north of the berm?
23 A   This is where the perc tank was, right here.
24 Q   What was the capacity of that tank?
25 A   1,500-gallon.

Page 881

1  Q   You can go ahead and sit down. Thank you.
2        Now I'd like to ask you, do you know whether there were
3  any pipes or lines coming from the perc tank?
4  A   There was a pipe -- the perc tank was down in a concrete
5  vault kind of thing, or it had, you know, concrete floors and
6  walls. Over the wall, we had the pipe, the loading and
7  unloading pipe. It came -- it stubbed off. It just laid on
8  top of the berm. And it was stubbed off coming this direction
9  for loading, for filling it. And then I believe there was a
10 pipe that T'd off that that went into the drumming shed.
11 Q   So you had one pipe going to the drumming shed and one
12 pipe going straight out; is that right?
13 A   Well, where it T'd there.
14 Q   Okay.
15 A   Just right on top of the berm.
16 Q   Now the pipe that went out and was just on top of the
17 berm, what was the purpose of that pipe?
18 A   Going this way?
19 Q   No, the pipe that you mentioned that came out and rested
20 on the berm.
21 A   Well, it was for loading or drumming. I mean, the one T
22 that came out this way was for loading the tank, filling the
23 tank, and the one that went over this way went and then L'd
24 back into the, into the drumming shed.
25 Q   So the pipe that L'd back into the drumming shed, was

Page 882

1  that for drumming?
2  A   Yes.
3  Q   And the other pipe, you mentioned that it was -- did you
4  say it was for loading the tank?
5  A   Right, for filling the tank.
6  Q   What do you mean by "tank"? What tank?
7  A   The perc tank right here.
8  Q   And when you say "loading" the perc tank, what would you
9  be loading into?
10 A   Well, we would have a truck backed in, and we would run a
11 rubber hose from here back and hook into the pipe from the
12 tank truck to load at the perc tank.
13 Q   What about was that pipe also used for loading the Dyce
14 tote or trucks?
15 A   Later, it was.
16 Q   Okay.
17 A   At this time, it was all drums.
18 Q   Okay. Now was there any -- could you point again to the
19 place where that pipe came out and rested on the berm?
20 A   It was about right here.
21 Q   All right. Was there any drain in that area that went
22 into the tank farm?
23 A   Not that I recall.
24 Q   Okay. And when that pipe, you mentioned, was resting on
25 the berm -- and did you say, did you use the word "flattened"