# EXHIBIT A

Marshal L. Mickelson
CORETTE POHLMAN & KEBE
129 West Park Street
P.O. Box 509
Butte, MT 59703
Phone: (406) 782-5800

Maxon R. Davis
Dennis J. Tighe
DAVIS, HATLEY, HAFFEMAN & TIGHE, PC
Milwaukee Station
100 River Drive North, 3rd Floor
Great Falls, MT 59405

Robert C. Johnson
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL LLP
233 South Wacker Drive, 78th Floor
Chicago, IL 60606
Phone: (312) 876-8000

Brian W. Walsh
COLLIAU ELENIUS MURPHY CARLUCCIO
KEENER & MORROW
405 Howard Street, Suite 620
San Francisco, CA 94105

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

UNITED STATES FIDELITY AND
GUARANTY COMPANY,

and

THE CONTINENTAL INSURANCE
COMPANY,

Plaintiffs,

v.

SOCO WEST, INC.,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV-04-29-BLG-RFC
Case No. CV 08-29-BLG-RFC

**EXPERT WITNESS DISCLOSURE OF
DR. BRUCE E. DALE**

---

Plaintiffs UNITED STATES FIDELITY AND GUARANTY COMPANY ("USF&G")

and THE CONTINENTAL INSURANCE COMPANY ("Continental") may call the following

person as an expert witness at the trial of this matter:

Bruce E. Dale, Ph.D.
2865 Hagadorn Road
Mason, Michigan 48854



EXHIBIT
3690
9-29-09
GRUZBOWSKI

Dr. Dale's opinions are contained in a signed Expert Witness Report from him dated June 1, 2009, attached hereto, submitted in conformity with Rule 26 of the Federal Rules of Civil Procedure.

Dated this 1st day of June, 2009.

Robert C. Johnson
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL LLP
233 S. Wacker Drive
Suite 7800
Chicago, Illinois 60606

Marshal L. Mickelson
CORETTE POHLMAN & KEBE
P.O. Box 509
Butte, MT 59703

*Attorneys for Plaintiff United States Fidelity
and Guaranty Company*

Maxon R. Davis
Dennis J. Tighe
DAVIS, HATLEY, HAFFEMAN & TIGHE, PC
Milwaukee Station, 3rd Floor
100 River Drive North
Great Falls, MT 59405

Brian W. Walsh
COLLIAU ELENIUS MURPHY CARLUCCIO
 KEENER & MORROW
405 Howard Street, Suite 620
San Francisco, CA 94105

*Attorneys for Plaintiff
The Continental Insurance Company*

# EXPERT REPORT

Bruce E. Dale, Ph. D.
2865 Hagadorn Road
Mason, MI  48854

Signed

Bruce E. Dale, Ph. D.

June 1, 2009

## BASIS AND SUPPORTING INFORMATION

I have been retained by counsel for United States Fidelity and Guaranty Company (USF &G) and The Continental Insurance Company (Continental) to provide expert analyses, opinions, and testimony in connection with litigation pending in Billings, Montana, involving USF&G, Continental and Soco West, Inc. (Soco). The litigation concerns perchloroethylene (perc) contamination at the former Dyce Chemical facility in Lockwood, Montana, now owned by Soco. I understand that Soco alleges in the litigation that some time during the period 1975-1977, approximately 250-1000 gallons of perc were released in the loading and unloading area of the Dyce facility. I also understand that during that time period, the loading and unloading area was paved with asphalt.

The expert opinions summarized in this report are based on my qualifications as a chemical engineer and my work in this case. I am a professor of chemical engineering and former Chair of the Department of Chemical Engineering and Materials Science at Michigan State University (East Lansing, Michigan). I have B.S. (*magna cum laude*), M.S. and Ph. D. degrees in the field of chemical engineering. Chemical engineering is that branch of engineering most closely connected with the production, use and properties of synthetic solvents such as perc, the contaminant at issue in this case. In addition, during the past twelve years I have made an intensive focused study of spills, leaks and other discharges of perc and perc-containing wastes. I have previously testified as an expert and given depositions as set forth below.

## OPINIONS

1. *Obvious physical evidence would have resulted from any large release of perc at Dyce Chemical like that alleged in the litigation, given the properties of perc as described more fully below. Such evidence includes:*

   a. Discoloration of and damage to asphalt
   b. Areas of thick, tarry asphalt/perc mixtures
   c. Asphalt stains on structures and the ground
   d. Perc odors noticeable over a large area

2. *The physical properties of perc pertinent to my opinions include the following:*

   a. Given the density and viscosity of perc, a release of 250 gallons of perc onto an intact, level surface with which perc did not interact, would spread to a circle about 48 feet in diameter. A release of 1000 gallons would spread to encompass a circle about 97 feet in diameter. The diameter of releases of those quantities of perc onto asphalt would vary due to a number of factors (including, e.g., slope and weather conditions), but still would result in a substantial spreading of perc over the ground surface.

-2-

b. Because the density of perc,  250 gallons of perc weighs 1.7 tons and 1000 gallons weighs 6.8 tons.

c. Perc is a good solvent for hydrocarbon compounds such as asphalt, and will dissolve the hydrocarbon (black) portion of asphalt.  It also will attack many types of plastic and rubber, as well as plastic or rubber insulation on electrical wires.

d. Perc is a clear liquid. If released onto asphalt, perc will almost immediately begin to turn dark.

e. Perc is denser than water and does not dissolve in water to any significant extent.  If asphalt is present below a layer of water, perc will sink through the water and begin to dissolve the asphalt.

f. The freezing point of perc is about -8 degrees Fahrenheit.  If released onto an icy surface, perc will tend to melt the ice and sink through the resulting water layer, then dissolve any asphalt that is beneath the water.

g. When perc dissolves asphalt, the resulting mixture will remain as a tarry mass for a long period of time, depending on variables such as temperature, the relative amounts of perc and asphalt present, wind speed, etc.

h. Perc has a distinctive, penetrating smell.  A concentration about 50 ppm (0.005%) of perc in air can be detected by most people.  The smell caused by a release of 250-1000 gallons of perc would be noticeable over a large area.

To further illustrate the properties and opinions listed above, I have prepared the video included with this report.  That video depicts the near immediate reaction that occurs when asphalt is exposed to perc; quickly turning clear perc into a dark liquid that will stain other surfaces.

I reserve the right to amend or supplement my opinions in the event new information is presented or becomes available.

## PUBLICATIONS

My publications over the past 10 years are given below.

- Ferrer, A., F.M. Byers, B. Sulbaran de Ferrer, B.E. Dale and S.C. Ricke. 1999. "Increasing Nutrient Availability of Feather Meal for Ruminants and Non-Ruminants Using and Ammonia Pressurization/Depressurization Process". J. Science of Food and Agriculture. Vol. 79, pg. 828-832.

- Dale, B. E. 1999. "Biobased Industrial Products: Bioprocess Engineering when Cost Really Counts" Biotechnol. Prog. Vol. 15, pg. 775-776.

- Raghunand, N. and B. E. Dale. 1999. "Alteration of Glucose Consumption Kinetics with Progression of Baculovirus Infection in *Spodoptera frugiperda* Cells" App. Biochem. Biotechnol., Vol. 80, pp. 231-242.

- Plaehn, W.A., X. Zhao, B. E. Dale and T. C. Voice. 1999. "Impact of Dissolved Organic Matter on the Desorption and Mineralization Rates of Napthalene", J. Soil Contamination, Vol. 80, No. 4, pgs. 491-507.

- Dale, B. E., J. Weaver and F. M. Byers. 1999. "Extrusion Processing for Ammonia Fiber Explosion (AFEX)" Appl. Biochem. Biotechnol., Vol. 77-79, pgs. 1-11.

- Ferrer, A., F. M. Byers, B. Sulbaran-de-Ferrer, B. E. Dale and C. Aiello. 2000. "Optimizing Ammonia Pressurization/Depressurization Processing Conditions to Enhance Enzymatic Susceptibility of Dwarf Elephant Grass" Appl. Biochem. Biotechnol., Vol. 84-86, 2000.

- Foster, B. L, B. E. Dale, and J. B. Doran-Peterson. 2001. "Enzymatic Hydrolysis of Ammonia-Treated Sugar Beet Pulp" Appl. Biochem. Biotechnol., Vol. 91-93, 2001.

- Kim, S. and Dale, B E. "Allocation Procedure in Ethanol Production System From Corn Grain I. System Expansion" *International Journal of Life Cycle Assessment* **7** (4), 237-243 (2002)

- Gollapalli, L. E., Dale, B. E. and Rivers, D. M. "Predicting Digestibility of Ammonia Fiber Explosion (AFEX)- Treated Rice Straw," *Applied Biochemistry and Biotechnology* **98-100**, 23-35 (2002)

- Ferrer, A., Byers, F. M., Sulbaran de Ferrer, B., Dale, B. E. and Aiello, C. "Optimizing Ammonia Processing Conditions to Enhance Susceptibility of Legumes to Fiber Hydrolysis: Alfalfa" *Applied Biochemistry and Biotechnology* **98-100**, 123-134 (2002)

- Ferrer, A., Byers, F. M., Sulbaran de Ferrer, B., Dale, B. E. and Aiello, C. "Optimizing Ammonia Processing Conditions to Enhance Susceptibility of Legumes to Fiber Hydrolysis: Florigraze Rhizoma Peanut" *Applied Biochemistry and Biotechnology* **98-100**, 135-146 (2002)

-4-

- Weimer, P. J., Mertens, D. R., Ponnampalam, E., Severin, B. F. and Dale, B. E. "FIBEX-treated rice straw as a feed ingredient for lactating dairy cows" *Animal Feed Science and Technology* **103**, 41-50 (2003)

- Sulbaran-de-Ferrer, B.; Aristiguieta, M.; Dale, B. E.; Ferrer, A.; Ojeda-de-Rodriguez "Enzymatic Hydrolysis of Ammonia-Treated Rice Straw", *Applied Biochemistry and Biotechnology* Vol. 105-108, 155-164 (2003)

- Dale, B. E. "Greening the Chemical Industry: Research and Development Priorities for Biobased Industrial Products" *J. of Chemical Technology and Biotechnology* Vol. 78, 1093-1103 (2003)

- Zhong, H., Teymouri, F., Chapman, B., Maqbool, S. B., Sabzikar, R., El-Maghraby, Y., Dale, B. E. and Sticklen, M. B. "The pea (*Pisum sativum* L.) rbcS transit peptide directs the *Alcalignenes eutrophus* polyhydroxybutyrate enzymes into the maize (*Zea mays* L.) chloroplasts" *Plant Science*. Vol. 165, 455-462 (2003)

- Teymouri, F., Alizadeh, H., Laureano-Perez, L., Dale, B. E. and Sticklen, M. B. "Effects of Ammonia Fiber Explosion Treatment on Activity of Endoglucanase from *Acidothermus cellulolyticus* in Transgenic Plants" *Appied. Biochemistry and Biotechnology*. Vol. 113-116. pgs. 1183-1191 (2004)

- Teymouri, F., Laureano-Perez, L., Alizadeh, H. and Dale, B. E. "Ammonia Fiber Explosion Treatment of Corn Stover" *Appied. Biochemistry and Biotechnology*. Vol. 113-116. pgs. 951-963 (2004)

- Kim, S. and B. E. Dale. "Global Potential Bioethanol Production from Wasted Crops and Crop Residues" *Biomass & Bioenergy*. Vol. 26. pgs. 361-375 (2004)

- Kim, S. and B. E. Dale. "Cumulative Energy and Global Warming Impact from the Production of Biomass for Biobased Products" *J. of Industrial Ecology*. Vol. 7, No. 3-4. pgs. 147-162. (2004)

- Wyman, C.; Dale, B. E.; Elander, R. T.; Holtzapple, M.; Ladisch, M. R.; Lee, Y.Y. "Coordinated development of leading biomass pretreatment technologies" Bioresource Technology 96, 1959-1966, (2005).

- Teymouri, F.; Laureano-Perez, L.; Alizadeh, H.; Dale, B. E.; "Optimization of the ammonia fiber explosion (AFEX) treatment parameters for enzymatic hydrolysis of corn stover" 96, 2014-2018, (2005).

- Wyman, C.; Dale, B. E.; Elander, R. T.; Holtzapple, M.; Ladisch, M. R.; Lee, Y.Y. "Comparative sugar recovery data from laboratory scale application of leading pretreatment technologies to corn stover" Bioresource Technology 96, 2026-2032, (2005).

- Alizadeh, H.; Teymouri, F.; Gilbert, T. I.; Dale, B. E.; "Pretreatment of switchgrass by ammonia fiber explosion (AFEX)" Applied Biochemistry and Biotechnology 121, 1133-1142, (2005).

- Laureano-Perez, L.; Teymouri, F.; Alizadeh, H.; Dale, B. E.; "Understanding factors that limit enzymatic hydrolysis of biomass" Applied Biochemistry and Biotechnology 121, 1081-1100, (2005).

- Mosier, N.; Wyman, C.; Dale, B.; Elander, R.; Lee, Y. Y.; Holtzapple, M.; Ladisch, M.; "Features of promising technologies for pretreatment of lignocellulosic biomass" Bioresource Technology 96, 673-686, (2005).

- Kim, S.; Dale, B. E.; "Life cycle assessment of various cropping systems utilized for producing biofuels: Bioethanol and biodiesel" Biomass & Bioenergy 29, 426-439, (2005).

- Kim, S.; Dale, B. E.; "Life cycle assessment study of biopolymers (polyhydroxyalkanoates) derived from no-tilled corn" International Journal of Life Cycle Assessment 10, 200-210, (2005).

- Kim, S.; Dale, B. E.; "Life cycle inventory information of the United States electricity system" International Journal of Life Cycle Assessment 10, 294-304, (2005).

- Bals, B., Dale, B. E. and Balan, V. "Enzymatic Hydrolysis of Distiller's Dry Grains and Solubles (DDGS) using Ammonia Fiber Expansion Pretreatment" Energy and Fuels 20, 2732-2736, (2006).

- Saffron, C. M., Park, J. H., Dale, B. E. and Voice, T. C. "Kinetics of Contaminant Desorption from Soil: Comparison of Model Formulations using the Akaike Information Criterion" Environmental Science and Technology 40, 7662-7667, (2006).

- Laureano-Perez, L., Dale, B. E., O'Dwyer, J. P. and Holtzapple, M. "Statistical Correlation of Spectroscopic Analysis and Enzymatic Hydrolysis of Poplar Samples" Biotechnology Progress 22, 835-841, (2006).

- Lynd, L., Greene, N., Dale, B., Laser, M., Lashoe, D., Wang, M, and Wyman, C. "Energy Returns on Ethanol Production" Science 310, 1746-1747, (2006) (reviewed letter)

- Chundawat, S. P., Balan, V. and Dale, B. E. "Effect of Corn Stover Composition and Particle Size on AFEX Pretreatment and Enzymatic Hydrolysis" Biotechnology and Bioengineering 96, #2, 219-231 (2007).

- Bradshaw, T. C., Alizadeh, H., Teymouri, F., Balan, V. and Dale, B. E. "Ammonia Fiber Expansion Pretreatment and Enzymatic Hydrolysis of Two Different Growth Stages of Reed Canary Grass" Applied Biochemistry and Biotechnology Vol. 136-140, 395-406 (2007).

-6-

- Ransom, C., Balan, V., Biswas, G., Dale, B. E., Crockett, E. and Sticklen, M. "Heterologous Acidothermus cellulolyticus 1,4-β-endoglucanase E1 Produced with in corn biomass converts corn stover into glucose" Applied Biochemistry and Biotechnology Vol. 136-140, 207-219 (2007).

- Huda, M., Balan, V., Drzal, L. T., Chundawat, S. P., Dale, B. E. and Misra, M. "Effect of Ammonia Fiber Expansion (AFEX) and Silane Treatments of Corncob Granules on the Properties of Renewable Resource Based Biocomposites" J. Biobased Materials and Bioenergy 1, 127-136 (2007).

- Oraby, H., Balan, V., Dale, B. E., Ahmad, R., Ransom, C., Ohemke, J. and Sticklen, M. "Enhanced Conversion of Plant Biomass into Glucose Using Transgenic-Rice Produced Endoglucanase for Cellulosic Ethanol" Transgenic Research 17: 739-749 (2007).

- Bals, B., Teachworth, L., Dale, B. E. and Balan, V. "Extraction of Proteins from Switchgrass Using Aqueous Ammonia within an Integrated Biorefinery" Appl. Biochem. Biotechnol. 143: 187-198 (2007)

- Murnen, H. K., Balan, V., Chundawat, S., Bals, B., da Costa Sousa, L. and Dale, B. E. "Optimization of Ammonia Fiber Expansion (AFEX) Pretreatment and Enzymatic Hydrolysis of Miscanthus x giganteus to Fermentable Sugars. Biotechnol. Prog. 23: 846-850 (2007)

- Carolan, J. E., Joshi, S. V. and Dale, B. E. "Technical and Financial Feasibility Analysis of Distributed Bioprocessing Using Biomass Pre-processing Centers" J. of Agricultural and Food Industrial Organization. Vol. 5, Issue 2, Article 10 (2007)

- Kim, Y., Mosier, N. S., Hendrickson, R., Ezeji, T., Blaschek, H., Dien, B., Cotta, M., Dale, B. E. and Ladisch, M. R. (2008) Composition of Corn Dry-Grind Ethanol Byproducts: DDGS, wet cake and thin stillage. Bioresource Technology. Vol. 99: 5165-5176.

- Dien, B. S., Ximenes, E. A., O'Bryan, P. J., Moniruzzaman, M., Li, X. L, Balan, V., Dale, B. E. and Cotta, M. A. (2008) Enzyme Characterization for Hydrolysis of AFEX and Liquid Hot Water Pretreated Distillers Grains and Their Conversion to Ethanol. Bioresource Technology. Vol. 99: 5216-5225.

- Kim, Y., Hendrickson, R., Mosier, N. S., Ladisch, M. R, Bals, B., Balan, V. and Dale, B. E. (2008). Enzyme Hydrolysis and Ethanol Fermentation of Liquid Hot Water and AFEX Pretreated Distillers Grains at High-Solids Loading. Bioresource Technology. Vol. 99: 5206-5215.

- Kim, S. and Dale, B. E. (2008). Life Cycle Assessment of Fuel Ethanol Derived from Corn Grain Via Dry Milling. Bioresource Technology. Vol. 99: 5250-5260.

- Brehmer, B., Bals, B., Sanders, J. and Dale, B. E. (2008). Improving the Corn Ethanol Industry: Studying Protein Separation Techniques to Obtain Higher Value-Added Product Options for Distillers Grains. Biotech. Bioengr. Vol.101: 49-61.

- Lau, M. W., Dale, B. E. and Balan, V. (2008). Ethanolic Fermentation of Hydrolysates from Ammonia Fiber Expansion (AFEX) Treated Corn Stover and Distillers Grains without Detoxification and External Nutrient Supplementation. (2008). Biotech. Bioengr. Vol. 99: 529-539.

- Chundawat, S. P. S., Balan, V. and Dale, B. E. (2008). High-Throughput Microplate Technique for Enzymatic Hydrolysis of Lignocellulosic Biomass. Biotech. Bioengr. Vol. 99: 1281-1294.

- Sendich, E., Laser, M., Kim, S., Alizadeh, H., Laureano-Perez, L., Dale, B. E. and Lynd, R.. (2008). Recent Process Improvements for the Ammonia Fiber Expansion (AFEX) Process and Resulting Reductions in Minimum Ethanol Selling Price. Bioresource Tech. Vol. 99: 8429-8435.

- Kim, S. and Dale, B. E. (2008). Effects of Nitrogen Fertilizer Application on Greenhouse Gas Emissions and Economics of Corn Production. Environ. Sci. Technol. Vol. 42: 6028-6033.

- Kim. S. and Dale, B. E. (2008). Energy and Greenhouse Gas Profiles of Polyhydroxybutyrates Derived from Corn Grain: A Life Cycle Perspective. Environ. Sci. Technol. Vol. 42: 7690-7695.

- Balan, V., da Costa Sousa, L., Chundawat, S.P.S , Vismeh, R., Jones, A.D., and Dale, B. E. (2008). Mushroom Spent Straw: A Potential Substrate for an Ethanol-Based Biorefinery. J. Ind. Microbiol. Biotechnol. 35: 293-301.

- Dale, B. E. (2008). Biofuels: Thinking Clearly about the Issues. J. Agric. Food Chem. 56: 3885-3891.

- Kim, S., Dale, B. E., Drzal, L.T. and Misra, M. (2008) Life Cycle Assessment of Kenaf Fiber Reinforced Biocomposite. J. Biobased Materials and Bioenergy. 2: 85-93.

- Lynd, L. R., Laser, M. S., Bransby, D., Dale, B. E., Davison, B., Hamilton, R., Himmel, M., Keller, M., McMillan, J. D., Sheehan, J. and Wyman, C. E. (2008). How Biotech can Transform Biofuels. Nature Biotechnology. Vol. 26: 169-172.

**COMPENSATION**

Compensation is at the rate of $275 per hour for services rendered. Expert testimony at depositions and courtroom appearances is charged at $400 per hour plus travel and related expenses. My compensation is not dependent on the outcome of the litigation.

**LISTING OF PRIOR EXPERT TESTIMONY: PROFESSOR BRUCE E. DALE**

1. Houston General Insurance Company vs. Texas Industrial Services, Cause 93-036410 in the 125th Judicial District Court of Harris County, Texas. Subject: Contamination resulting from dry cleaning operations. Services Provided: Deposition and Trial Testimony. Retained by: Mr. John H. Boswell of Boswell, Hallmark and Brothers, PC, 1010 Lamar Street, Houston (phone 713-650-1600) Status: Concluded

2. Pilgrim Enterprises, Inc. vs. Kleen Rite, Inc., et al. Cause 95-54786 in the 215th Judicial District Court of Harris County, Texas. Subject: Contamination resulting from dry cleaning operations. Retained by Mr. Michael A. Pohl, 1111 Bagby, Suite 2450, Houston, TX (phone 713-652-0100) Services Provided: Deposition and Trial Testimony. Status: Concluded.

3. Western Towing Company, et al, vs. M/V Maersk Shetland, et al. Civil Action No. C-95-175 in the United States District Court for the Southern District of Texas, Corpus Christi Division. Subject: Evaporation of spilled cumene in Corpus Christi Bay. Retained by: Ms. Debra Brewer Hayes, Fleming, Hovenkamp and Grayson, P. C., 1330 Post Oak Boulevard, Houston, Texas. Phone 713-621-7944. Services Provided: Deposition and Trial Testimony. Status: Concluded.

4. Charles Cantrell, et al. v. Toter, Inc., et al. Cause 91-12685 in the 167th Judicial District Court of Travis County, Texas. Subject: Intellectual property concerned with fermentation of plant carbohydrates. Services Provided: Deposition. Retained by: Mr. James L. Wright of Mithoff and Jacks, L.L.P. 111 Congress Avenue, Austin, Texas (phone 512-478-4422). Status: Concluded.

5. Oxy Petrochemicals, Inc. and Equistar Chemicals, LP vs. Air Liquide America et al. Cause No. 98-16891in the District Court of Harris County, Texas, 189th Judicial District. Subject: Failure of water conditioning equipment leading to loss of steam turbine. Services Provided: Affidavit. Retained by: Terry M. Womac of Phillips and Akers, P.C. 3200 Southwest Parkway, Houston, TX phone 713-552-9595. Status: Concluded

6. Citizens Insurance Company of America v. Puleo's Manufacturing. Case No. 96-20626 in Michigan. Subject: Flame retardant materials for artificial Christmas trees. Retained by Mr. J. William Housefield of Munroe and Nobach, P.C. 241 East Saginaw, Lansing, MI 48823 phone 517-351-3770. Services Provided: Deposition. Status: Concluded.

7. RL & KM, Inc. vs. Team Enterprises, Inc. et al. Case No. CV-F-98-6363 REC (DLB) in the United States District Court, Eastern District of California. Subject: Contamination resulting from dry cleaning operations. Services Provided: Deposition. Status: Concluded

8. City of Modesto and City of Modesto Sewer District No. 1. Vs. The Dow Chemical Company, et. al. Case No. 999345 and 999643 in the Superior Court of the State of

California in and for the County of San Francisco. Subject: Contamination resulting from dry cleaning operations. Services Provided: Deposition and Trial Testimony. Status: Concluded.

9.  Southeast Investments, Inc. v. Qahir S. Tharani, et al. Cause No: 2001-20587-158 158th Judicial District Court, Denton County, Texas. Subject: Contamination resulting from dry cleaning operations. Services Provided: Affidavits and Deposition. Status: Concluded

10. Hartford Fire Insurance Company as subrogee of City of Port Huron v. Casco, Inc. et al. C. A. No. 02-60053 Hon. Marianne O. Battani, Troy, Michigan. Subject: Cause of fire in warehouse of corn gluten meal. Services provided: Deposition. Status: Concluded.

11. Vine Street, L.L.C. v. James R. Keeling. Civil Action No. 6:03CV 223 in the United States District Court for the Eastern District of Texas, Tyler Division. Subject: Contamination resulting from dry cleaning operations. Services Provided: Affidavits, Trial Testimony. Status: Concluded.

12. Franscell, et al v. Suehiro, et al. Case Number CV 96-8895 CBM in the United States District Court for the Central District of California. Subject: Contamination resulting from dry cleaning operations. Services Provided: Deposition. Status: Concluded.

13. Continental Casualty Co., et al. v. AmeriPride Services, Inc. Minnesota District Court Case No. CT 04-2506. Subject: Contamination resulting from dry cleaning operations. Services Provided: Deposition. Status: Concluded.

14. United States Fidelity and Guaranty Company & Continental Insurance Company vs. Brenntag West, Inc., Brenntag, Inc, Stinnes Corporation, and Brenntag Holding N. V. A. United States District Court for the District of Montana, Billings Division Case No. CV-04-29-BU-RFC. Subject: Contamination resulting from chemical storage and distribution facility. Services Provided to Date: Deposition, Trial Testimony. Status: Ongoing.

15. California Department of Toxic Substances Control vs. Payless Cleaners, et al. No. CIVS-02-2389 LKK DAD. United States District Circuit Eastern Division of California, Sacramento Division. Subject: Contamination due to dry cleaning operations. Services provided: Expert report. Status: Concluded.

**DOCUMENTS CONSIDERED**

- Warning Label for Perc and instructions on empty container handling and reuse, D085971

- Bulk Handling and Properties of PPG Solvents, D029701 - D02971, 12/30/1995

- Chemical Safety Data Sheet for PCE, D086092 - D086107, 1971

- PCE Brochure, D086074 - D086075, April 1971

- Bulk Handling and Properties of PPG Solvents, 15453 - 15468, 1980

- Dyce's Responses to EPA's First 104(e) Requests, D000415 - D000654, 3/1/2000

- Dyce's Responses to EPA's Second 104(e) Requests, D000657 - D000755, 7/21/2000

- Letter from Dyce to EPA supplementing 104(e) Responses, D135109 - D135110, 9/8/2005

- Soco West, Inc.'s Answers to USF&G's First Set of Interrogatories, dated May 24, 2005

- Aerial Photo of Dyce facility, November 1975

- Report and testimony previously supplied in USF&G v. Soco West, Inc., Case No. CV-04-29-BLG-RFC

- *Dense Chlorinated Solvents and other DNAPLs in Groundwater.* 1996. J. F. Pankow and J. A. Cherry. Waterloo University Press. Guelph, Ontario, Canada.

**CERTIFICATE OF SERVICE BY OVERNIGHT MAIL**

The undersigned, an attorney, hereby certifies that on the 1st day of June, 2009, a copy of

the attached was served by overnight mail upon the persons listed below.

_____

John Grossbart

L.B. Cozzens                                    Thomas C. Mielenhausen
COZZENS LAW OFFICE                      Paul A. Banker
1643 24TH Street, Suite 104               Christopher Lynch
Billings, MT  59102                            LINDQUIST & VENNUM, P.L.L.P.
                                                      4200 IDS Center, 80 South 8th Street
                                                      Minneapolis, MN  55402

Marshal L. Mickelson
CORETTE POHLMAN & KEBE
129 West Park Street
P.O. Box 509
Butte, MT 59703
Phone: (406) 782-5800

Robert C. Johnson
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL LLP
233 South Wacker Drive, 78th Floor
Chicago, IL 60606
Phone: (312) 876-8000

Maxon R. Davis
Dennis J. Tighe
DAVIS, HATLEY, HAFFEMAN & TIGHE, PC
Milwaukee Station
100 River Drive North, 3rd Floor
Great Falls, MT 59405

Brian W. Walsh
COLLIAU ELENIUS MURPHY CARLUCCIO
KEENER & MORROW
405 Howard Street, Suite 620
San Francisco, CA 94105

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) | Case No. CV-04-29-BLG-RFC Case No. CV 08-29-BLG-RFC |
| Plaintiff, and | ) ) ) ) | |
| THE CONTINENTAL INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff Intervenor | ) ) ) | **SUPPLEMENT TO EXPERT DEPOSITION TESTIMONY OF BRUCE E. DALE, Ph.D.** |
| v. | ) ) ) | |
| SOCO WEST, INC., | ) ) ) | |
| Defendant - Counterclaimant. | ) | |

Plaintiffs United States Fidelity and Guaranty Company ("USF&G") and The Continental

Insurance Company ("Continental") hereby submit the following supplement to Bruce E. Dale's

expert deposition testimony taken in these matters on October 5, 2009 relating to and in support

of the opinions set forth in his Expert Report dated June 1, 2009.

Dated this 7th day of October, 2009.

Robert C. Johnson
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL LLP
233 S. Wacker Drive
Suite 7800
Chicago, Illinois 60606

Marshal L. Mickelson
CORETTE POHLMAN & KEBE
P.O. Box 509
Butte, MT 59703

*Attorneys for Plaintiff United States Fidelity*
  *and Guaranty Company*

Maxon R. Davis
Dennis J. Tighe
DAVIS, HATLEY, HAFFEMAN & TIGHE, PC
Milwaukee Station, 3rd Floor
100 River Drive North
Great Falls, MT 59405

Brian W. Walsh
COLLIAU ELENIUS MURPHY CARLUCCIO
  KEENER & MORROW
405 Howard Street, Suite 620
San Francisco, CA 94105

*Attorneys for Plaintiff*
*The Continental Insurance Company*

## SUPPLEMENTAL DETAILS OF CALCULATION

In addition to the testimony provided by me in my deposition taken on October 5, 2009 relating to my June 1, 2009 Expert Report, and as requested by counsel for Soco West, Inc., attached are the details underlying the calculation of flow velocity to which I testified at that deposition.

_____

Bruce E. Dale, Ph,.D.

1/1

CALCULATIONS
PERC VELOCITY / MOMENTUM
BRUCE DALE

OCT. 5, 2009



PERC FLOW THROUGH NOZZLE

$$\text{FLOW VELOCITY} = \frac{\text{VOLUMETRIC FLOW RATE} \quad (FT^3/MIN)}{\text{CROSS SECTIONAL AREA FOR FLOW} \quad (FT^2)}$$

ASSUME 2" NOZZLE WITH 1.5" INTERNAL DIAMETER

ASSUME PERC IS AT 60 GALLONS/MIN

OR 100 GALLONS/MINUTE

$$\text{AREA} = \frac{\pi D^2}{4} = \frac{\pi}{4} \left( 1.5 \text{ in} \left| \frac{FT}{12 \text{ in}} \right. \right)^2 = 0.0123 \ FT^2$$

$$\text{FLOW VELOCITY RATE} = \frac{60 \ GAL}{MIN} \left| \frac{0.00233 \ FT^3/MIN}{GAL/MIN} \right. = 0.134 \ FT^3/MIN$$

AT 100 GPM                  $= 0.223 \ FT^3/MIN$

$$\text{FLOW VELOCITY} \atop (60 \ GPM) = 0.134 \frac{FT^3}{MIN} \left| \frac{}{0.0123 \ FT^2} \right. = 10.9 \ FT/SEC$$

AT (100 GAM) =                        $= 18.1 \ FT/SEC$

CONVERT TO MILES PER HOUR BY $\left( \frac{3600}{5280} \right) = \underline{7.4 \ MPH}$

FOR 100 GPM    $= \underline{12.3 \ MPH}$

SINCE PERC IS 63% MORE DENSE THAN WATER THE STREAM OF PERC IS HITTING WITH A FORCE EQUIVALENT TO A STREAM OF WATER TRAVELING AT <u>12.1 MILES PER HOUR</u> (60 GPM) OR <u>20.1 MPH</u> (100 GPM)

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 7th day of October, 2009, a

copy of the attached was served by electronic and overnight mail upon the persons listed below.

_____
Mary B. Anderson

L.B. Cozzens
COZZENS LAW OFFICE
1643 24th Street, Suite 104
Billings, MT  59102

Thomas C. Mielenhausen
Paul A. Banker
Christopher Lynch
LINDQUIST & VENNUM, P.L.L.P.
4200 IDS Center, 80 South 8th Street
Minneapolis, MN  55402

Marshal L. Mickelson
CORETTE POHLMAN & KEBE
129 West Park Street
P.O. Box 509
Butte, MT  59703
Phone:  (406) 782-5800

Robert C. Johnson
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL LLP
233 South Wacker Drive, 78th Floor
Chicago, IL  60606
Phone:  (312) 876-8000

Maxon R. Davis
Dennis J. Tighe
DAVIS, HATLEY, HAFFEMAN & TIGHE, PC
Milwaukee Station
100 River Drive North, 3rd Floor
Great Falls, MT  59405

Brian W. Walsh
COLLIAU ELENIUS MURPHY CARLUCCIO
 KEENER & MORROW
405 Howard Street, Suite 620
San Francisco, CA 94105

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) | |
| and | ) ) | Case No. CV-04-29-BLG-RFC Case No. CV-08-29-BLG-RFC |
| THE CONTINENTAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiffs, | ) ) ) ) | **SUPPLEMENT TO EXPERT WITNESS DISCLOSURE OF BRUCE E. DALE, Ph. D.** |
| v. | ) ) | |
| SOCO WEST, INC., | ) ) | |
| Defendant. | ) ) | |

Plaintiffs United States Fidelity and Guaranty Company ("USF&G") and The Continental Insurance Company ("Continental") hereby submit the following supplement to the Expert Report of Dr. Dale dated June 1, 2009.

Dated this 30th day of October, 2009.

Robert C. Johnson
John Grossbart
SONNENSCHEIN NATH & ROSENTHAL LLP
233 S. Wacker Drive
Suite 7800
Chicago, Illinois  60606

Marshal L. Mickelson
CORETTE POHLMAN & KEBE
P.O. Box 509
Butte, MT  59703

*Attorneys for Plaintiff United States Fidelity
and Guaranty Company*

Maxon R. Davis
Dennis J. Tighe
DAVIS, HATLEY, HAFFEMAN & TIGHE, PC
Milwaukee Station, 3rd Floor
100 River Drive North
Great Falls, MT 59405

Brian W. Walsh
COLLIAU ELENIUS MURPHY CARLUCCIO
  KEENER & MORROW
405 Howard Street, Suite 620
San Francisco, CA 94105

*Attorneys for Plaintiff
The Continental Insurance Company*

# EXPERT REPORT

Bruce E. Dale, Ph. D.
2865 Hagadorn Road
Mason, MI  48854

Signed

Bruce E. Dale, Ph. D.

October 26, 2009

## SUPPLEMENT TO EXPERT REPORT

In addition to the materials identified in my June 1, 2009 Expert Report, I have been provided with additional data that supplement and further confirm certain of the statements and opinions set forth in that report and which I expounded upon during my deposition in this case.

Specifically, on October 23, 2009, I was provided with the Supplemental Expert Report of Kristen K. Stout, with attached figures. That report identifies elevations at various spot locations at the Dyce facility as of November 4, 1975, including at numerous locations at and around the loading and unloading area of the Dyce facility where I understand that defendant Soco West, Inc. alleges that a release of a 250 - 1000 gallons of perchloroethylene took place sometime during 1975-77. The precise elevations computed by Ms. Stout further support my prior statements regarding (1) the lateral spread of 250 - 1000 gallons of perc given the generally level but irregular condition of, and lack of significant or consistent slope in, the loading and unloading area, as documented by the calculations set forth in Figures 13-14 of the Stout Supplemental Report; and (2) the effects of that amount of perc were it to be released on asphalt in the loading and unloading area of the Site given the irregularities among the various spot elevations plotted in and around that area, which would tend to cause pooling of perc at various low points and increase its contact time with the asphalt pavement as a result.

I understand Dr. Stout to be an expert in various methods employed for the analysis of aerial photography, as described in both her July 31 and October 22, 2009 expert reports, both of which I have reviewed and which I understand have been or will be provided to counsel for defendant Soco West, Inc. It is reasonable to rely on computations of the sort referenced above in rendering the expert opinions that I expect to provide at trial in this matter.

## CERTIFICATE OF SERVICE

The undersigned, an attorney for Plaintiff United States Fidelity and Guaranty Company,

certifies that on October 30, 2009, a copy of the attached was served by overnight mail upon the

persons listed below.

_____
Mary B. Anderson

L.B. Cozzens
COZZENS LAW OFFICE
1643 24th Street, Suite 104
Billings, MT 59102

Thomas C. Mielenhausen
Paul A. Banker
Christopher Lynch
LINDQUIST & VENNUM, P.L.L.P.
4200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402