# EXHIBIT C

JoAnn C. Bacheller
Registered Diplomate Reporter
Certified Realtime Reporter
P. O. Box 1424
Billings, Montana 59103-1424
406/247-4477 office
406/247-7008 fax
joann_bacheller@mtd.uscourts.gov

United States Court Reporter

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) | |
| Plaintiff,) | CV-04-29-BLG-RFC | |
| and | ) | |
| | ) | VOLUME 3 |
| CONTINENTAL INSURANCE COMPANY, | ) | TRANSCRIPT OF JURY TRIAL |
| Plaintiff Intervenor,) | | |
| vs. | ) | |
| | ) | |
| SOCO WEST, INC., BRILLIANT | ) | |
| NATIONAL SERVICES, INC., | ) | |
| STINNES CORPORATION, and | ) | |
| BRENNTAG (HOLDING) N.V., | ) | |
| Defendants.) | | |

BEFORE THE HONORABLE RICHARD F. CEBULL
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF MONTANA

James F. Battin United States Courthouse
316 North 26th Street
Billings, Montana 59101
Wednesday, January 24, 2007
08:30:28 to 16:25:01

Proceedings recorded by machine shorthand
Transcript produced by computer-assisted transcription

Page 533

1                          CONTENTS

2    Proceedings ........................................... 534

3    Volume 3 Reporter's Certificate ...................... 777

4

5                          WITNESSES

6    For the Defendants:

7    Mr. James Sullivan

         Direct Examination by Mr. Lynch ................... 537

8

     Mr. Rodney Hallsten

9        Direct Examination by Mr. Mielenhausen ............ 588

         Cross-Examination by Mr. Grossbart ............... 600

10       Redirect Examination by Mr. Mielenhausen .......... 629

11   Mr. Richard Colver

         Direct Examination by Mr. Mielenhausen ............ 636

12       Cross-Examination by Mr. Grossbart ............... 724

         Cross-Examination by Mr. Davis ................... 752

13       Redirect Examination by Mr. Mielenhausen .......... 757

14   Mr. Delmer Hutchinson

         Direct Examination by Mr. Mielenhausen ............ 765

15       Cross-Examination by Mr. Davis ................... 771

16

17

18

19

20

21

22

23

24

25

Page 740

1   **A**   Yes.
2   **Q**   All right. And so whatever was in the dirt and so forth
3   that was under these tanks was now under the fly ash where the
4   catch pond used to be?
5   **A**   Yes.
6   **Q**   Right. Okay.
7       The way in which a spill in the loading and unloading
8   area -- maybe I'll try this -- here would get to the catch
9   pond was through a series of channels in the ground, right?
10  Wasn't there a ditch going sort of like this -- boy, this is
11  bad -- and then another one inside the berm going up like
12  that? Is that correct?
13  **A**   Yes.
14  **Q**   And those were in existence actually when you started at
15  Dyce, weren't they?
16  **A**   Yes.
17  **Q**   They were dirt, and they were there when you got there?
18  **A**   Yes.
19  **Q**   All right. And, in fact, both those ditches flanked the
20  loading and unloading area so if there was a spill there, the
21  chemical wouldn't get out into the pasture or the grass and so
22  forth, correct?
23  **A**   Yes.
24  **Q**   Now I think you testified that for at least part of the
25  distance on the 1975 picture, you said there was a berm

Page 741

1   somewhere in that area. You could look at the -- I'll give it
2   to you both ways. I've drawn it in on the picture on the
3   computer, but you said there was a small berm that kind of
4   curved around. I think Mr. Mielenhausen asked you this.
5   **A**   Yes.
6   **Q**   Somewhere in through here, right?
7   **A**   Yes.
8   **Q**   But these ditches that led to the catch pond obviously
9   were designed to get through that berm in order to get
10  spillage and drainage and stormwater and what-have-you from
11  the loading and unloading area to that catch pond?
12  **A**   Yes.
13  **Q**   All right. That's the only way you could keep chemicals
14  from getting where you didn't want them, or at least residues,
15  correct?
16  **A**   Pardon?
17  **Q**   That was how you kept -- I'll withdraw the question.
18  Make it easier.
19      Generally, generally, in its natural state, the property
20  sloped in this direction; isn't that right?
21  **A**   Yes.
22  **Q**   From here to here?
23  **A**   It sloped from here down this way.
24  **Q**   Okay. Now there was a fair amount of testimony earlier
25  this afternoon. You were shown a bunch of paper records,

Page 742

1   paper rules and regulations and procedures, internal stuff
2   that Dyce was using, right?
3   **A**   Yes.
4   **Q**   And those were all, I think, dated '83, '84, '85. Do you
5   recall that?
6   **A**   Yes.
7   **Q**   And it's a fairly elaborate list of do's and don'ts,
8   right?
9   **A**   Yes.
10  **Q**   And you said, I believe in response to Mr. Mielenhausen,
11  that everything on those pages was in effect by way of verbal
12  rules and regulations that existed from the time you started
13  in late 1974.
14  **A**   Yes.
15  **Q**   All right. Some of those rules dealt with loading and
16  unloading chemical. Do you recall that?
17  **A**   Yes.
18  **Q**   All right. And some of them also -- and I don't know
19  that these were pointed out particularly, and forgive me if
20  I'm asking you something you've already been asked, but in
21  order to make those rules and safety procedures effective, the
22  person who is in charge of loading or unloading a chemical
23  needs to be watching the operation and staying close by? Just
24  obvious, isn't it?
25  **A**   He should be.

Page 743

1   **Q**   Right. It would be a violation of the rules for somebody
2   to start a pumping operation and then leave the site?
3   **A**   Yes.
4   **Q**   Not a good idea?
5   **A**   Not a good one.
6   **Q**   All right. And the rule, the rule about not leaving the
7   site, that's one of those rules that was there from day one
8   for you as well, correct?
9   **A**   Yes.
10  **Q**   Do you know what would happen to asphalt if perc were to
11  spill on asphalt?
12  **A**   It would eat it up.
13  **Q**   It would eat it up?
14  **A**   Destroy it, yes.
15  **Q**   Destroy it.
16      And what would happen if there was a puddle of perc and
17  the tire to a car or truck were sitting in it? It would eat
18  the rubber of that tire, wouldn't it?
19  **A**   It would work on it, yes.
20  **Q**   It would work on it, just like it would work on a rubber
21  hose, right?
22  **A**   Yes.
23  **Q**   In addition to working with hoses, different hoses,
24  different chemicals, cleaning them before they're used in
25  another operation, you had to do the same thing with the

## Page 744

1  pumps, wouldn't you, because the chemical would get in the
2  pump as well?
3  **A  We had individual pumps.**
4  Q  The same way you had individual hoses?
5  **A  Yes.**
6  Q  Right. But if you were switching from, say, pumping perc
7  to TCE, you'd have to also rinse out the pump in order to not
8  contaminate the chemical being sold to the second customer,
9  right?
10 **A  If you rinsed out the pump, then you're contaminated with**
11 **water.**
12 Q  Well, isn't there a place -- so you didn't rinse out the
13 pumps?
14 **A  Pardon?**
15 Q  So did you or did you not rinse out the pumps?
16 **A  We had separate pumps.**
17 Q  So did you have a separate pump for PCE and a separate --
18 or excuse me.
19    Did you have a separate pump for perc and a separate
20 pump, for example, for TCE?
21 **A  TCE came all in drums, as I remember.**
22 Q  All right. So you bought it in drums. You sold it in
23 drums. You didn't have to move it back and forth? Is that
24 what you're saying?
25 **A  That's correct.**

## Page 745

1  Q  All right. Were there any -- so while you had to rinse
2  hoses from time to time, that wasn't a problem or an issue
3  with respect to pumps; is that right?
4  **A  Right.**
5  Q  Okay. Have you ever smelled perc?
6  **A  Yes, I've smelled it.**
7  Q  Does it have an odor?
8  **A  Yes.**
9  Q  And what does it smell like?
10 **A  Perc.**
11 Q  It smells like perc. It's a strong odor; is that a fair
12 statement?
13 **A  Fairly strong.**
14 Q  And it can even be overwhelming if you breathe in enough
15 of it?
16 **A  I don't know as it would overwhelm you or not. I'm sure**
17 **it wouldn't be good for you.**
18 Q  Have you ever, for example, put your head inside a
19 barrel, put your head down by a barrel of, say, half a barrel
20 of perc and just taken a whiff?
21 **A  Not a big one.**
22 Q  Because that would not be very pleasant, would it?
23 **A  No.**
24 Q  Right.
25    Now there's a lot of activity at a chemical distribution

## Page 746

1  plant like Dyce. There's a lot of activity in that loading
2  and unloading area, isn't there? There's a lot going on
3  there? Trucks are coming? Trucks are going? Hoses are being
4  let to that area? Hoses are coming from that area? It's a
5  lot of activity in a relatively small place. Wouldn't you say
6  that's a fair statement?
7  **A  There would be quite a little of that.**
8  Q  Beg your pardon?
9  **A  There would be quite a little activity.**
10 Q  All right. And did -- during your time at Dyce, did the
11 company make efforts to keep that area clean? And by that I
12 mean free of things to, say, trip over, free of things to slip
13 on accidentally? Was there an effort made to do that?
14 **A  Yes. That would be part of the housekeeping.**
15 Q  Right. And in the wintertime, that would be a very bad
16 place to allow to get icy, for example, wouldn't it?
17 **A  It got pretty icy.**
18 Q  Did you ever clean any ice?
19 **A  (No response.)**
20 Q  Or put salt down to deice?
21 **A  Usually, if anything, we just used a little salt.**
22 Q  So people wouldn't slip? The salt would break up the
23 ice --
24 **A  Yes.**
25 Q  -- and be clean, right?

## Page 747

1  **A  Um-hmm, yes.**
2  Q  Okay. Thank you.
3    Now these ditches out here, do you see those in that
4  indentation?
5  **A  Yes.**
6  Q  That's not the ditch that leads to the catch pond, right?
7  **A  I misunderstood you there.**
8  Q  That is not the ditch that goes to the catch pond?
9  That's a different ditch, right?
10 **A  That's a different ditch, yes.**
11 Q  Right. And that ditch, if there was, for example,
12 rainwater down here, it might get into that ditch and go in
13 that direction; something like that, right?
14 **A  Yes.**
15 Q  Okay. Can you, back in the mid '70s, can you describe
16 for us what was in these ditches? Was it loose dirt?
17 Compacted dirt? Was it gravel? Was it -- I don't mean to ask
18 you a bunch of questions, but I want to get that kind of
19 description, if I could, of those ditches.
20 **A  This ditch here was loose.**
21 Q  Loose?
22 **A  Loose dirt or just natural-laid dirt. And this one here**
23 **was compacted.**
24 Q  When you say "this one here," the second one you
25 mentioned, that's the one that goes inside the berm to the

Page 748

1   catch pond; is that right?
2   **A   Yes.**
3   **Q**   And that's the one that was there when you got there,
4   right?
5   **A   Yes.**
6   **Q**   Now you mentioned that from time to time over your years
7   at Dyce there were temporary workers that got hired.  Do you
8   recall that testimony?
9   **A   Yes.**
10  **Q**   And do you recall that Desmond Slater was one of those
11  temporary workers?
12  **A   Who?**
13  **Q**   Desmond Slater.  Do you recall him?
14  **A   I don't recall him.**
15      MR. GROSSBART:  All right.  For the record, it is an
16  admitted fact in the pretrial order that Mr. Slater worked at
17  Dyce, quote, from the summer to the fall 1976.  That's in our
18  stipulation.
19      MR. MIELENHAUSEN:  I agree, Your Honor.
20  BY MR. GROSSBART:
21  **Q**   With those dates in mind, that doesn't refresh your
22  recollection as to Mr. Slater at all?
23  **A   No, it don't.**
24  **Q**   Okay.  You mentioned that if it were to spill on asphalt,
25  perc would eat it up pretty good.  I think those were your

Page 749

1   words, right?
2   **A   It would eat it, yes.**
3   **Q**   Eat it up.  Maybe not good, but it would eat it.
4       All right.  Did you ever see a condition on the asphalt
5   area -- and, by the way, in 1975 in this picture, this is all
6   asphalt, right?
7   **A   It was asphalted in 1975, as I remember.**
8   **Q**   All right.  As a matter of fact, it's very distinct, this
9   sort of serrated edge.  Is that the asphalt border that we're
10  seeing?  Is that why it goes from dark to light?
11  **A   I believe so.**
12  **Q**   All right.  And that stayed asphalt for how long?  Until
13  it was concreted, correct?
14  **A   Until the late '80s.**
15  **Q**   Until the mid '80s?  Later?
16  **A   Yes.**
17  **Q**   All right.  Did you ever see that asphalt affected or
18  impacted by a spill of chlorinated solvents?
19  **A   No.**
20  **Q**   You talked a little bit about skids or totes.  Do you
21  recall that?
22  **A   Yes.**
23  **Q**   How many, in the '70s, how many skids or totes, if you
24  recall, did Dyce have?
25  **A   I can't tell you the number.**

Page 750

1   **Q**   Was it more than one?
2   **A   They had for different products.  Now do you want -- they**
3   **had just one for perc.**
4   **Q**   I'm sorry.  Just, if you can, generally, approximately,
5   how many different totes, different skid tanks?
6   **A   For all of the products.  Probably about 15.**
7   **Q**   Fifteen different skid tanks or totes?
8   **A   Yes.**
9   **Q**   Skids?  Do you call them skid tanks or skids?
10  **A   We called them skid tanks.  Some people call them totes.**
11  **They're the same thing.**
12  **Q**   So if somebody says "tote" or "skid" or "skid tank,"
13  there's three ways to talk about the same thing, right?
14  **A   Right.**
15  **Q**   Okay.  And when the skid tanks were not in use, were they
16  stored up there with the barrels?
17  **A   (No response.)**
18  **Q**   Let me put a picture up.
19      All right.  I'm going to direct your attention to one of
20  the exhibits we talked about on direct examination.  It's
21  Exhibit 3492.  Let's put it up also on the monitors, if we
22  could.
23      (Discussion off the record.)
24  BY MR. GROSSBART:
25  **Q**   I'll tell you what.  In the interest of time, let's work

Page 751

1   without it.
2       3492, what are these things out here?  Did you talk about
3   those?  Are those barrels?
4   **A   That would be some of the skid tanks.**
5   **Q**   Those would be skid -- what about along here?
6   **A   Those would be barrels.**
7   **Q**   Those would be barrels.  These would be skid tanks?
8   Okay.
9   **A   Yes.**
10  **Q**   And are any of those -- is that where you would keep a
11  perc skid tank?
12  **A   Your perc skid tank was kept in under the shed, this one**
13  **here.**
14  **Q**   Dueling lasers there.  Okay.
15  **A   Because we didn't want water to --**
16  **Q**   Okay.
17  **A   -- get into it by some means.**
18      MR. MIELENHAUSEN:  Your Honor, could the witness
19  again indicate?  There were two lasers, and it was kind of
20  confusing.
21      MR. GROSSBART:  I'm sorry.
22      THE COURT:  Pardon?
23      MR. MIELENHAUSEN:  Could the witness again indicate
24  where he was pointing to?  Because there were two lasers.
25      THE COURT:  Sure.  Do it again.

JoAnn C. Bacheller
Registered Diplomate Reporter
Certified Realtime Reporter
P. O. Box 1424
Billings, Montana 59103-1424
406/247-4477 office
406/247-7008 fax
joann_bacheller@mtd.uscourts.gov

United States Court Reporter

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND | ) | |
| GUARANTY COMPANY, | ) | |
| Plaintiff,) | CV-04-29-BLG-RFC |
| and | ) | |
| | ) | VOLUME 4 |
| CONTINENTAL INSURANCE COMPANY, | ) | TRANSCRIPT OF JURY TRIAL |
| Plaintiff Intervenor,) | |
| vs. | ) | |
| | ) | |
| SOCO WEST, INC., BRILLIANT | ) | |
| NATIONAL SERVICES, INC., | ) | |
| STINNES CORPORATION, and | ) | |
| BRENNTAG (HOLDING) N.V., | ) | |
| Defendants.) | |

BEFORE THE HONORABLE RICHARD F. CEBULL
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF MONTANA

James F. Battin United States Courthouse
316 North 26th Street
Billings, Montana 59101
Thursday, January 25, 2007
08:37:40 to 16:47:40

Proceedings recorded by machine shorthand
Transcript produced by computer-assisted transcription

Page 780

CONTENTS

1

2  Proceedings ......................................... 782

3  Volume 4 Reporter's Certificate ...................... 1035

4

5                          WITNESSES

6  For the Defendants:

7  Mr. Charles Bender

        Direct Examination by Mr. Cozzens ................. 782

8       Cross-Examination by Mr. Davis ................... 786

        Redirect Examination by Mr. Cozzens .............. 796

9

   Mr. Desmond Slater (by videotape deposition)

10      Examination by Mr. Mickelson ..................... 805

        Examination by Ms. Slakey ........................ 849

11      Reexamination by Mr. Mickelson ................... 859

        Examination by Mr. Mielenhausen .................. 860

12      Reexamination by Mr. Mickelson ................... 863

        Reexamination by Ms. Slakey ...................... 867

13      Reexamination by Mr. Mielenhausen ................ 868

14  Mr. Monte Naff

        Direct Examination by Mr. Mielenhausen ........... 870

15      Cross-Examination by Mr. Johnson ................. 923

        Cross-Examination by Mr. Davis ................... 961

16      Redirect Examination by Mr. Mielenhausen ......... 963

17  Mr. Craig Guelff

        Direct Examination by Mr. Cozzens ................. 966

18      Cross-Examination by Mr. Mickelson ............... 986

        Redirect Examination by Mr. Cozzens .............. 1000

19

   Mr. David Jirik (by deposition)

20      Direct Examination by Mr. Cozzens ................ 1005

        Cross-Examination by Mr. Johnson ................. 1019

21

22

23

24

25

Page 911

1  drums. Perchloroethylene, methylene chloride,
2  trichloroethane, trichloroethylene, and even carbon tet.
3  Q   Now TCE, what is that?
4  A   Pardon?
5  Q   TCE, what is that chemical?
6  A   Trichloroethylene.
7  Q   All right. Was perc the only one that was delivered in
8  bulk?
9  A   Yes.
10  Q   And did you also deliver xylene in drums?
11  A   Yes, we did.
12  Q   Did you deliver toluene in drums?
13  A   Yes.
14  Q   Now all these chemicals that were delivered in drums that
15  I've just described, were the drums that these chemicals were
16  in, were they drums that were returned to Dyce from the '70s
17  through '90s?
18  A   Yes.
19  Q   And were all of these drums, when they were brought back
20  to Dyce, stored on the site until they were picked up by the
21  reconditioner?
22  A   Yes.
23  Q   Did you ever observe anybody dumping any residue from
24  these drums that were waiting to be sent to the reconditioner?
25  A   No, not on the ground. I mean, they dumped them into

Page 912

1  other drums at times with their 5-gallon buckets.
2  Q   But you never observed anybody dumping them on the
3  ground?
4  A   Never.
5  Q   Did anyone ever report to you the dumping of residue from
6  empty drums on the ground at any time?
7  A   Never.
8  Q   Are you aware of any sludge or contaminated soil that's
9  been disposed on the site?
10  A   Seems like there was some sludge in the '90s that was
11  disposed of at the city dump after it was tested.
12  Q   Was there any sludge or contaminated soil disposed of on
13  the Dyce site?
14  A   No, no.
15  Q   Was there any cleaning of drums at the Dyce site at any
16  time from 1973 through, say, 2000?
17  A   There was a year or so we did some steam cleaning of
18  drums on the south side.
19  Q   Can you point to where on the map that steam cleaning
20  would have been done?
21  A   It would have been right next to the door right here.
22  Right here.
23  Q   And that's on the south side of the large warehouse?
24  A   Yes.
25  Q   And do you know, do you remember what years, when -- how

Page 913

1  long did you mention that was being done?
2  A   A year or so. I know we did not do it very long, but I
3  can't give you an exact number of months or --
4  Q   Do you remember the year, roughly?
5  A   It was probably around '74, '75, or '76. Somewhere in
6  that time range.
7  Q   Okay. Do you know whether any other drum cleaning was
8  done at any other time on the site at any other location on
9  the property?
10  A   No.
11  Q   Is that a no, you don't know, or no --
12  A   I don't know of any.
13  Q   Okay. Mr. Naff, have you ever seen the effect of perc on
14  asphalt?
15  A   Perc or similar product.
16  Q   Have you seen how long it takes for perc to have an
17  effect on asphalt?
18  A   Oh, well, depending on temperature and a lot of things,
19  but I'd say -- and the amount of perc. A few drops, you're
20  not going to notice. If there was a puddle there, you would
21  see it get gummy.
22  Q   And how long would that typically take, from your
23  observation?
24  A   Oh, depending on the amount, maybe a half hour to a
25  couple hours.

Page 914

1  Q   Mr. Naff, during the unloading and loading of perc --
2  have you ever observed that, the loading and unloading of
3  perc?
4  A   Yes, I have.
5  Q   Is there a smell in the air when that happens?
6  A   Yes.
7  Q   And what does that smell of?
8  A   Like perc at the drycleaners.
9  Q   And is it a pretty noticeable smell?
10  A   Very, yes.
11  Q   And that occurs during the loading and unloading process?
12  A   Right, and drumming process.
13  Q   You don't need a spill to smell that?
14  A   No.
15  Q   Mr. Naff, when did Mr. Quentin pass away?
16  A   In --
17  Q   Pardon me. Mr. Dyce.
18  A   In 1995.
19  Q   And how long had you known him before then?
20  A   Since 1972.
21  Q   Mr. Naff, during those years, did you have an opportunity
22  to observe Mr. Dyce's business practices?
23  A   Yes.
24  Q   Did you ever observe Mr. Dyce try to cut corners on
25  safety issues?

JoAnn C. Bacheller
Registered Diplomate Reporter
Certified Realtime Reporter
P. O. Box 1424
Billings, Montana 59103-1424
406/247-4477 office
406/247-7008 fax
joann_bacheller@mtd.uscourts.gov

United States Court Reporter

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) | |
| Plaintiff,) | | CV-04-29-BLG-RFC |
| and | ) | |
| | ) | VOLUME 6 |
| CONTINENTAL INSURANCE COMPANY, | ) | TRANSCRIPT OF JURY TRIAL |
| Plaintiff Intervenor,) | | |
| vs. | ) | |
| | ) | |
| SOCO WEST, INC., BRILLIANT NATIONAL SERVICES, INC., STINNES CORPORATION, and BRENNTAG (HOLDING) N.V., | ) ) ) ) | |
| Defendants.) | | |

BEFORE THE HONORABLE RICHARD F. CEBULL
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF MONTANA

James F. Battin United States Courthouse
316 North 26th Street
Billings, Montana 59101
Monday, January 29, 2007
08:53:01 to 16:53:52

Proceedings recorded by machine shorthand
Transcript produced by computer-assisted transcription

Page 1226

1                        CONTENTS

2    Proceedings ........................................ 1228

3    Defendants Rest .................................... 1240

4    Motion of Plaintiffs ............................... 1382

5    Order of Court ..................................... 1384

6    Volume 6 Reporter's Certificate .................... 1469

7

8                        WITNESSES

9    For the Defendants:

10   Mr. Larry Nelson (by deposition)

          Direct Examination by Mr. Cozzens ............. 1235

11        Cross-Examination by Mr. Mickelson ............ 1238

12   For the Plaintiff and Plaintiff Intervenor:

13   Mr. Marvin Johnson (by videotape deposition)

          Examination by Mr. Ruggiero ................... 1242

14        Examination by Mr. Cromley .................... 1314

          Examination by Mr. Ross ...................... 1321

15        Reexamination by Mr. Ruggiero ................ 1324

16   Mr. Richard Brill (by videotape deposition)

          Examination by Mr. Ruggiero ................... 1327

17        Examination by Ms. Omvig ..................... 1359

          Examination by Mr. Ross ...................... 1360

18        Reexamination by Mr. Ruggiero ................ 1368

19   Bruce Edwin Dale, Ph.D.

          Direct Examination by Mr. Davis .............. 1371

20        Cross-Examination by Mr. Lynch ............... 1418

          Redirect Examination by Mr. Davis ............ 1439

21

     Mr. Ken Kjos (by deposition)

22        Direct Examination by Mr. Mickelson .......... 1444

23

24

25

Page 1273

1   The city, the city delivery person did that.  So he would be
2   the one that could -- although I have been involved with it,
3   I've gone with them, I've, on occasion, made it, so I know
4   some of the problems, but I didn't do it regularly.
5       "But the way I recall it, one of the problems we had,
6   when we got all done filling the customer's delivery of this
7   from the skid, our skid tank to his container or whatever, is
8   we had no way of reversing the pump to suck it back into our
9   tank like we did when we were on site at our premises.  So
10  we'd have an inch and a half, I believe it was, hose, which
11  was on a reel, which was maybe 100-foot long, because we'd
12  park in the alley, or maybe out in the street, or wherever we
13  had to make our delivery, so we'd have to reel this in to
14  wherever we're loading it.  When he's full, you shut your pump
15  and your valve off.  Well, now you've got a whole bunch of
16  product all the way in the line.  Well, it's contained because
17  you've got the valve shut off and the pump shut off, but
18  you've still got the product all in that hose.  So then you'd
19  go and load it back on the truck, and you'd reel it back in,
20  and you hope that the valve doesn't get bumped and open the
21  valve, which, that does happen and has happened.
22      "But, anyway, you get back to the plant, our place.  Then
23  you usually leave the product in the hose -- in the tank
24  itself, because that's all that tank is used for.  But we'd
25  try to drain the perc from the hose reel into our skid tank.

Page 1274

1       "But it was kind of a -- it was an ugly mess.  I mean, it
2   was -- there was no real easy way of doing it.  A lot of times
3   I wasn't involved with that because the city delivery kid -- I
4   call him a kid because he was younger than me, but he wasn't a
5   kid.  But the city delivery person, he usually had to take
6   care of that.  Sometimes he'd ask for help and I'd go over to
7   help him, if it's a matter of holding up a hose or things like
8   that, but overall he took care of most of that.
9   Q   "Did you ever see perc spilled during that process?
10  A   "Yes.
11  Q   "Tell me about that.
12  A   "Well, if you've got 100-foot of hose and it's got
13  product, full product in it, I would guess -- this is just a
14  guess -- that, well, just say that's, we'll say that's
15  20 gallons of perc.  Well, something's got to happen to that.
16  We're trying to drain it back into the skid, and just like a
17  garden hose at home when you're walking it, you can't always
18  control it.  You're working with something with heavy product.
19  The hose, the chemical hose is heavy, and you're trying to
20  keep the drumming nozzle down into the thing so it doesn't
21  jump out while you're doing it.  And if you're doing this by
22  yourself, it's a hard task to do.  If everything works right,
23  it works fine, but if the hose jumps out or the valve you've
24  got into the skid gets bumped or when you're moving it, it
25  comes out, well, you hurry up and close it up.  But, I mean,

Page 1275

1   so, yes, it does happen.  It did happen.
2   Q   "Do you know how often perc was spilled that way?
3   A   "Per week, per month, per year, or the time I was there?
4   Q   "Per week.
5   A   "There again, it depends on whether or not we had any
6   deliveries of that.  But, well, see, we might go along and not
7   have any deliveries for two or three weeks, so I guess I can't
8   really say per week.  I mean --
9   Q   "How about per year?
10  A   "Yeah, I'd feel better on a yearly basis because I could,
11  you know, have a longer period to make a guess.  Probably five
12  times in a year.
13  Q   "Would that be five times in a year where you were there
14  and you saw it and had a part in it, or five times where you
15  just -- you think it happened when someone else was doing it?
16  A   "No, five times when I know it happened.
17  Q   "Do you think it happened when you weren't there since
18  you weren't the person doing it most of the time?
19  A   "I'd have to speculate and say yes, probably some was
20  spilled.
21  Q   "Was it usually done by one person draining that hose
22  back into the skid tank?
23  A   "Yes.
24  Q   "And that's the time when it was most -- those were the
25  conditions under which you were most likely to spill, when you

Page 1276

1   were trying to do it by yourself?
2   A   "Yes.
3   Q   "How much would spill when you had a spill that way?
4   A   "Five gallons.
5   Q   "Five gallons of perc.
6   A   "(Nodded head affirmatively.)
7   Q   "And where did it go?
8   A   "In those trenches as you go down to the catch pond.
9   Q   "When it spilled out, did it spill onto the asphalt, or
10  did it spill onto open dirt?
11  A   "Usually, whenever, whenever we were handling this perc
12  and the skid and everything, we usually parked it right over
13  this number 10, ditch, which came out over where truck traffic
14  went, which had a metal grate, and we'd park right over that
15  metal grate.
16  Q   "Why did you do that?
17  A   "Well, so if you did spill it, it wouldn't be out on the
18  dirt, and it wouldn't be on the asphalt.  Perc acted on
19  asphalt just like xylene and toluene.  It would eat it up, you
20  know.  So we tried to park it over there as opposed to
21  somewhere else on the asphalt because if you spill the perc
22  onto the asphalt, it just worked against the asphalt.  So we
23  parked it over the grate so it would, you know, be contained
24  there and go down to our catch pond.
25      "We also tried to catch it with buckets as much as we

## Page 1305

1   "I remember, because it — although I wasn't involved in
2   the decision-making or anything, I still handled it when it
3   came back. And it was kind of a yellowish — a real pretty
4   yellowish lining that went in on the inside.
5       "Now I don't know what the purpose of the lining was,
6   because the tank was a steel tank. And to my knowledge, all
7   the years I worked there, I never saw any leakage either —
8   although this was on the gravel or on the ground — I mean, I
9   never saw any leakage all the years that I handled it. But
10  they suspected a leakage for some reason.
11      "They know more than I do about some stuff, and maybe
12  they — you know, maybe it came out of the tank some
13  mysterious way or something. But, anyway, they went and got
14  it lined, and I don't know if that was to help prevent leakage
15  or evaporation. I think I had heard something about they
16  thought maybe evaporation was taking place, you know. Because
17  it was a sealed tank.
18      "As far as I knew, it was sealed. Because when — that
19  spin nut that I pulled out, it had a gasket on it, and I
20  periodically had to watch that gasket, and if it started
21  getting warm from being opened and closed so much — because
22  whenever I filled it, we had it open, and we would replace
23  that top gasket. But whenever we closed it, to my knowledge,
24  it was still pretty well sealed up.
25      "It might have had, oh, what we call a vent, a release

## Page 1306

1   pressure vent thing that, I guess, was made to stop pressure
2   and venting. But overall that tank was a -- pretty much a
3   self-sealed thing.
4       "I personally didn't buy into the fact that it was
5   leaking because I couldn't see or smell. Perc is an extremely
6   strong-smelling product, and if you, you spill it on the
7   ground, especially if you've got dirt, which, the tank was
8   sitting on dirt and gravel, that perc smell is like diesel
9   fuel. It would have stayed there. And I, I never bought into
10  that business of being -- leaking.
11  Q   "The ground beneath that tank was --
12  A   "Gravel and dirt.
13  Q   "-- not asphalt. It was dirt and gravel?
14  A   "(Nodded head affirmatively.)
15  Q   "Do you recall any further problems with discrepancies in
16  the amount of perc in that tank after that lining was
17  installed?
18  A   "Well, after we got that tank back and everything put
19  back together, it was basically the same tank as before, only
20  maybe they pressure-tested it before they put the lining in.
21  And then after that, no, I think the conversation -- I
22  personally feel they just started doing a little better job of
23  recordkeeping, is what I think happened.
24  Q   "Can you indicate on the map for me where that perc tank
25  was?

## Page 1307

1   A   "Yes. It was right over in the work area where . . .
2   Q   "And you're indicating on Exhibit 1 here.
3   A   "It was over here near where my — well, about halfway
4   between the shop, which is number 1 and — what's number 7?
5   Q   "The semi loading and unloading area.
6   A   "Oh, yeah, that's right. It was in between number 1 and
7   number 7, right down here where my drumming shed was, which we
8   don't have identified, but that would be right in here. So it
9   would be right about — the camera can't pick this up, but it
10  would be right in this area here. It would be here. It would
11  be real near that number 11, the ditch. It would be near
12  that. Right in here.
13  Q   "Can you make an X and mark a number 14 next to the area
14  that you're describing?
15  A   "(Complied with request.)
16  Q   "And go ahead and write 14 next to that X.
17  A   "Oh, right on the thing itself?
18  Q   "Yeah.
19  A   "(Complied with request.)
20  Q   "Do you know why they started doing safety meetings?
21  A   "I've got my own feelings, although I think they kind of
22  told us, too. But OSHA and chemicals started becoming —
23  people in the public and laws were changing, so they were
24  trying to keep themselves abreast of the requirements put on
25  them by federal laws and things of that nature, so I think

## Page 1308

1   that's probably why.
2   Q   "Okay. I'm going to hand you a document that is labeled
3   'Dyce Chemical' in the upper left-hand corner, and it has a
4   Bates stamp in the upper right-hand corner of 000553. Can you
5   tell me what that document is?"
6       (Pause.)
7       THE WITNESS:  "Do you want me to read all this and
8   then to answer you that or --"
9   BY MR. RUGGIERO:
10  Q   "Just look at it enough that you know what it is.
11  A   "Yeah. It's, like it says at the very top, it says,
12  'Warehouse Quarterly Breakfast Meeting, Thursday, May 1,
13  1986.' It's probably a brief note of what was transcribed on
14  that meeting that day. It's not signed by anybody, but --
15  Q   "Does your name appear in the first paragraph?
16  A   "Can I read out loud or just read it to myself?
17  Q   "Sure.
18  A   "'The quarterly warehouse breakfast meeting was held'" --
19      MR. MICKELSON:  Your Honor, we would offer Proposed
20  Exhibit No. 84.
21      MR. MIELENHAUSEN:  No objection, Your Honor.
22      THE COURT:  What number is it?  Eighty-four is
23  admitted.  Thank you.
24      MR. MICKELSON:  Thank you.
25      (Plaintiffs' Exhibit 84 was received in evidence.)

Page 1393

1    sake of -- may I again, approach, Judge, to put up another
2    exhibit?
3            THE COURT:  Yes.
4    BY MR. DAVIS:
5    Q   And perhaps, Doctor -- or Dr. Dale, Professor Dale, could
6    you get down, with the Court's permission, and explain to the
7    jury your understanding of the pathway that Dr. Harris has
8    posited the perc spill in the loading area would have taken?
9            THE COURT:  Can you speak -- and you may approach,
10   but can you speak loud enough without this microphone?
11           THE WITNESS:  I'll try, Your Honor.  Yes, I will.
12   I'll use my classroom voice.
13           THE COURT:  Good.
14           THE WITNESS:  The way I understand it is that
15   Dr. Harris believes that perc spilled in this general area
16   would go this direction, toward the small warehouse, make a
17   turn, come over this direction, and make another turn in this,
18   I guess, alleyway, you'd call it, and then hit the ditch
19   that's at the bottom of the alleyway, flow along this ditch
20   out here until it, you know, discharges somewhere up here in
21   this area.
22   BY MR. DAVIS:
23   Q   All right.  Let's assume hypothetically that the perc,
24   all by itself, since the garden hose isn't going to move it,
25   this 48-foot puddle of perc behaves in the manner that

Page 1394

1    Professor Harris has suggested.  What physical evidence, if
2    every drop of this 2 tons of perc manages to follow that path,
3    and we'll return to that subject in a minute, what would be
4    left in the loading area?
5    A   Well, you'd see a large area of the asphalt that was
6    destroyed.  And as the perc traveled along that pathway,
7    remember, this is, you know, this is not just a small,
8    quarter-inch-deep puddle of perc.  We're talking about several
9    inches deep.  It's dissolved some asphalt.  It's going to
10   leave a bathtub ring of asphalt all the way down on the sides
11   of buildings.  It's going to leave that on the gravel as it
12   evaporates.
13   Q   Well, that brings me to the next subject.  So apart from
14   the physical evidence after the fact, do you believe that if
15   there is a 250-gallon spill of perc in the loading area,
16   250-gallons, the same 250 gallons would have made it to the
17   ditch?
18   A   No, absolutely not.
19   Q   Why not, sir?
20           MR. LYNCH:  Your Honor, may we have a sidebar on
21   this topic?
22           THE COURT:  Yes.
23           MR. LYNCH:  We have an objection that this is beyond
24   the scope of his expert report.
25           (Discussion on the record at sidebar.)

Page 1395

1            THE COURT:  The question is, Would the 250 gallons
2    have made it to the bottom where they claim it did, and you're
3    claiming that this is beyond the disclosures.  Let me see your
4    report.
5            MR. LYNCH:  That's the only thing that mentions mode
6    of operation (handing).
7            (Pause.)
8            THE COURT:  Is it disclosed in here what he's about
9    to say?
10           MR. DAVIS:  That it evaporates fast.  That's the
11   point.
12           MR. LYNCH:  And I asked him about this same topic at
13   his deposition, about that page and the next page.
14           THE COURT:  How -- oh, okay.  It's in his
15   deposition.
16           (Pause.)
17           THE COURT:  Well, my rule is if they disclose it in
18   a report or if a deposition is taken and they disclose it at
19   the time of deposition, that's good enough, so the objection
20   is overruled.
21           Thank you.
22           (Open court.)
23           (Jury present.)
24   BY MR. DAVIS:
25   Q   Why don't you believe that 250 gallons, if there was a

Page 1396

1    250-gallon spill, 250 gallons of perc would have made it down
2    to the end of the railroad ditch?
3    A   Some is going to be left behind in a gooey mess with the
4    asphalt that's dissolved, and some of it is going to be
5    evaporated.  Most of it.
6    Q   Why most of it?
7    A   Well, perc evaporates very rapidly.  As it moves, it gets
8    more surface area to spread out so it can evaporate more
9    quickly.
10   Q   Well, I simply asked you, looking at Exhibit 2533, where
11   the ditches end.  Do you remember that?
12   A   Where the ditches end?
13   Q   Yes.
14   A   Yes.
15   Q   Can you see that on Exhibit 2533?
16   A   Yes.
17   Q   Is that the northwest corner?
18   A   No, it's not.
19           MR. DAVIS:  May I again approach, Judge?
20           THE COURT:  Yes.
21           MR. DAVIS:  I've run out of space.  May I leave it
22   here for a second?
23           THE COURT:  Yeah.  Take those down or whatever.
24           MR. DAVIS:  Well, I want them to have both, the jury
25   to see both.

Page 1385

1  for a directed verdict. I think there is sufficient evidence
2  upon which a jury could find in favor of Soco West, but, boy,
3  this is thin.
4      So let's get the jury in here and get moving.
5      MR. MICKELSON:  Thank you, Your Honor.
6  (Jury present.)
7      THE COURT:  Please be seated.
8      You may continue.
9  BY MR. DAVIS:
10 Q   I think when we broke, Professor Dale, I'd asked you what
11 your recollection was of the minimum size of the spill that
12 Soco is contending, in its operational area, caused the perc
13 contamination.
14 A   250 gallons.
15 Q   Is it possible to calculate what kind of spill that would
16 have created?
17 A   Yes, it is.
18 Q   How?
19 A   Well, we have standard methods in physical and chemical
20 engineering, based on the properties of the fluid, how far a
21 liquid will spread out.
22 Q   How do you do that?
23 A   Well, it depends on what's called the surface tension.
24 That's how tightly the molecules hold together; once again,
25 the density, the viscosity of the fluid. Just pretty much the

Page 1386

1  standard equations to use to do that.
2  Q   Is this a Bruce Dale formula, or is it --
3  A   No, this is published in a magazine called Chemical
4  Engineering Progress, and it's the standard reference work for
5  our field.
6  Q   So what did you do?
7  A   I just applied it to a spill of perc of 250 gallons. I
8  took the properties of perc and, you know, figured out how far
9  a spill would spread out.
10 Q   And is there a demonstrative exhibit that's been prepared
11 that would help illustrate what you've done?
12 A   Yes, there is.
13 Q   And first of all, you might as well, before I put up the
14 exhibit, tell us the answer.
15 A   Well, a spill of 250 gallons of perc on a level surface,
16 I assumed concrete, level surface, would spread out about
17 48 feet in diameter. That's roughly -- actually this
18 courtroom is roughly 40 feet side to side, so it's a little
19 bit further than, you know, the whole width of the courtroom.
20 Q   How do you know it's 40 feet from side to side?
21 A   Well, I'm an engineer. I count things. Those are 2-by-4
22 panels, and there's, you know, 19 of them and then plus two
23 halves. It's about 40 feet. And I paced it off, too.
24 Q   All right.
25 A   So . . .

Page 1387

1  Q   Would that have taken up much space in the loading area?
2  A   Yeah. It would have taken up almost all of the loading
3  area.
4      MR. DAVIS:  Can we show the jury Demonstrative
5  Exhibit 4216?
6      THE COURT:  What's the number?
7      MR. DAVIS:  4216.
8      THE COURT:  4216.  The same --
9      MR. DAVIS:  Demonstrative.
10     THE COURT:  Well, it's really illustrative.
11     MR. DAVIS:  Illustrative.
12     THE COURT:  And I will admit 4216 for illustrative
13 purposes, and any other of the charts that he has made to
14 demonstrate and illustrate primarily his testimony.
15     MR. DAVIS:  May we have -- as with everything else,
16 here, Judge, we have a board, so may I pull the board out and
17 put it on the easel?
18     THE COURT:  Yes.
19 BY MR. DAVIS:
20 Q   What were you trying to do here with Exhibit 4216?
21 A   Just to show the folks of the jury that a spill of this
22 size is a really big spill. It spreads out a long, a long
23 distance. And to kind of compare it with a 6-foot-tall
24 person, that's the scale there, and a tanker truck that's
25 about 40 feet, 44 feet long.

Page 1388

1  Q   And how do you know, in the photograph that you placed
2  the yellow dot, what is that supposed to represent?
3  A   Well, that's what we've been told is the perc loading and
4  unloading area. So somewhere in there is where a tanker
5  truck, if it had spilled that much perc, that's about where it
6  would be discharged.
7  Q   And I just want to make it clear. You had indicated a
8  spill on concrete. Just so someone doesn't get the wrong
9  impression, if it makes a difference, do you remember what the
10 testimony was about the nature of the surface of the loading
11 area in the mid '70s?
12 A   Yeah. It's asphalt.
13 Q   Does that make any difference, then, for your
14 calculation?
15 A   The spreading out on asphalt won't really make any
16 difference because it spreads so fast that there won't be time
17 for much interaction with the perc, much perc to attack the
18 asphalt. It spreads out in about a minute, but then it sits
19 there and starts to attack the asphalt.
20 Q   That was my next question. What will happen under that
21 48-foot puddle or spill on asphalt?
22 A   Asphalt is made up of two parts. There's the rock or the
23 gravel. We call it aggregate. And then there is the
24 hydrocarbon or the oil part. It's really the bottom of the
25 barrel of oil. After you distill and get gasoline and diesel

Page 1401

1  Q  And what does that calculation lead you to?
2  A  A spill of that size, 500 gallons in the loading area,
3  would spread out to a diameter of about 67 feet.
4  Q  And --
5  A  So 1.5 times more the width of this courtroom.
6  Q  Do you have a -- is there a demonstrative that
7  demonstrates that in the same fashion that the Exhibit 4216
8  does?
9  A  Yes.
10     MR. DAVIS:  May we see Exhibit 4217?
11     May I again approach?
12     THE COURT:  Yes, you may.
13  BY MR. DAVIS:
14  Q  How much of the loading area, unloading area, at the Dyce
15  facility would be impacted by a 500-gallon spill of
16  perchloroethylene?
17  A  All of it plus area beyond.
18  Q  Would a spill of that size be more or less likely to
19  cause the asphalt degradation, or destruction, that you've
20  described in the 250-gallon spill?
21  A  It would be more likely.
22  Q  How much would 500 gallons of perc spilled on the ground
23  weigh, this 68-foot diameter?
24  A  Over 3.5 tons.
25  Q  Would the weight have any impact on how the asphalt is

Page 1402

1  being eaten away?
2  A  Well, the more perc, the deeper, the more amount of perc,
3  you would just see more damage, total, and a little bit more
4  height of the perc puddle is going to push it more into the
5  asphalt, and any cracks that might be there.
6  Q  If this spill occurred offloading a tanker at 60 gallons
7  a minute, how long would it have taken to occur?
8  A  About eight minutes or so.
9  Q  Again, let's go to the scenario that Mr. Bender or
10  somebody else might have washed this away with the garden
11  hose.  Is a garden hose going to have any effect on it?
12  A  No, none at all.
13  Q  While we're on that subject, what if you're washing
14  water -- I don't care whether it's a garden hose or a huge
15  fire hose or something.  What kind of interaction, if any, is
16  going on between the perc and the water?
17  A  Perc and water don't dissolve very much in each other, so
18  what the garden hose might do, or with any hose, it would
19  spread the perc out a little bit more to make it evaporate
20  faster.  But another thing that it does, if there's any low
21  spots, if you will, depressed areas in the asphalt, the perc
22  will sit there and water will sit on top of it, and that perc
23  won't evaporate very fast.  It's got the water layer on top.
24  So that perc is now free to attack the asphalt for a long time
25  without, without evaporating.

Page 1403

1  Q  Apart from the visual impact, would there be any
2  noticeable impact if you later stepped on it?
3  A  Sure.  It would be so gooey and messy that you'd get a
4  boot full of tar.  It would be really a mess.
5  Q  In both of these demonstratives, besides the size of the
6  spill, what else have you shown?  What other images?
7  A  Well, the scale there is also the tanker truck, the size
8  of a tanker truck that might have brought the perc into the
9  facility.
10  Q  Why is that -- why do you have a tanker truck there?
11  A  Well, to show that that size puddle or pool of perc is
12  actually going to go under the tanker truck, also under the
13  tires, specifically, of the tanker truck.
14  Q  Why would that be significant in terms of no one having
15  any memory or recollection of this?
16  A  We've heard testimony, and it's true, that perc will
17  attack almost all kinds of rubber.  It will dissolve it.
18  That's why they had the special hose with the special liner
19  when they were moving the perc, and so the -- I'm not saying
20  that it happens instantaneously, but the perc is immediately,
21  just as soon as it starts being in contact with the rubber
22  tires, is going to start trying to break them down, trying to
23  dissolve the rubber tires.
24  Q  And would you expect that process to be underway in the
25  ten minutes, at least, it takes this puddle or this pool of

Page 1404

1  perc to fill?
2  A  Yes, I would.
3  Q  Let me digress for a minute.
4     Did you hear Dr. Harris suggest a hose failure as a
5  likely -- offloading perc as a plausible scenario for the
6  spill to occur?
7  A  Yes, I did.
8  Q  Does that sound plausible to you?
9  A  No, it doesn't.
10  Q  Can you explain why?
11  A  If there was a hose failure, the perc, again, is going
12  through there at 60 gallons per minute.  It's coming out at
13  the end of the hose at 10 feet per second.  There's a lot of
14  energy there, so just like if you have a really high-velocity
15  garden hose, or maybe think about a fire hose pumping the
16  water, it takes a couple of men to hold down a fire hose, that
17  is going to be whipping around.  It won't be just gently
18  dripping perc on the asphalt.  It will be spraying it around,
19  and the end of the hose will be whipping.
20  Q  Where would you expect, in that scenario, for a
21  500-gallon spill of perc and this hose whipping around, where
22  would there be perc?
23  A  It would be everywhere.  It would be on the buildings.
24  It would spray on the tanker truck.  It would spray on anybody
25  that was around.

Page 1405

1  Q   What observable aftereffects would there be for this
2  undocumented spill that no one seems to recall?
3  A   Again, the perc dissolves most things that are made of
4  oil or that are oil-based.  Lots of paints are oil-based.  It
5  dissolves most plastics.  So you would see, if it's sprayed on
6  a building that had oil-based paint, you would see it, you
7  know, dissolve or attack that.  If it's sprayed on the tanker
8  truck where there was, you know, the decals or the painting,
9  you would see those damaged or destroyed.  If it hit
10 electrical insulation, or as most of those are covered, most
11 of them are plastic or rubber, it would start eating away at
12 that.  So you would see damage to those kinds of things.
13 Q   Let's assume hypothetically there's a truck driver and a
14 warehouseman, a Dyce employee, somewhere in the vicinity of
15 the loading and unloading area while this perc hose is
16 spewing, the failed perc hose is spewing perc all about.
17 Anything, anything that could happen to those individuals that
18 ought to stick in somebody's mind?
19 A   Yeah, several things could happen to them.
20 Q   What?
21 A   Well, perc will attack mucous membranes, eyes and nose
22 and so forth, so you get even a little bit on or near your
23 eyes or your nose, it really hurts, and you'd probably need
24 medical attention.
25     But then this perc is evaporating at the same time it's

Page 1406

1  being sprayed around.  You can't breathe much perc.  They
2  would be gasping and probably in pretty serious danger.
3      MR. DAVIS:  Let's go back.  Mike, can you pull up
4  that interrogatory quickly?
5      DOCUMENT TECHNICIAN:  I'm sorry?
6      MR. DAVIS:  The interrogatory that was read before
7  Dr. Dale, second page, just so we have the upper end of the
8  spectrum of the spill that Soco is contending in their answer.
9      DOCUMENT TECHNICIAN:  (Complied with request.)
10 BY MR. DAVIS:
11 Q   Do you see there what the upper end of the spill that
12 Dyce is contending could have occurred?
13 A   Yes.
14 Q   Which is what?
15 A   1,000 gallons, close to 7 tons.
16 Q   How much?
17 A   Seven tons.
18 Q   Have you been -- can you do the same type of calculation
19 in terms of the size of a 1,000-gallon perc spill in the
20 loading and unloading area that you've done for the 250- and
21 500-gallon spills?
22 A   Yes.
23 Q   Before -- let me back up.
24     We need to ask you about a 500-gallon spill, something
25 else about it.  Let's, again, go to Dr. Harris's scenario

Page 1407

1  about regardless of someone pushing it or trying to cover it
2  up, it somehow, all by itself, would flow in the direction he
3  suggests.  Do you have an opinion whether or not a 500-gallon
4  spill in the loading area, as depicted on your Exhibit 4217,
5  do you have an opinion as to whether any portion of that spill
6  could end up in the green area in the northwest corner as
7  depicted in the ROD exhibit?
8  A   Yes, I do.
9  Q   What is your opinion, Professor?
10 A   Again, I don't think that any of it could have ended up
11 there.
12 Q   Why not for a 500-gallon spill?
13 A   Because it would be evaporating, and the deeper the perc
14 that's flowing, the more it will tend to be pushed down into
15 the ground, so it will soak in faster.  But mostly, again,
16 when it hits the end where there is no ditch, there's still a
17 hundred feet to go before it gets out there to that northwest
18 corner where the hot spots are.  It's just going to spread out
19 and evaporate.
20 Q   Let's move on to the 1,000-gallon scenario that Soco
21 contends could have happened.
22     How big a diameter would that spill have been?
23 A   I think it's 98 feet.  I don't remember the exact number.
24 Q   Do you have an illustrative that does that?
25 A   Yes.

Page 1408

1      MR. DAVIS:  Mike, can we have 4218 for the jury?
2      DOCUMENT TECHNICIAN:  (Complied with request.)
3      MR. DAVIS:  May I pull up the board?
4      THE COURT:  Yes.
5  BY MR. DAVIS:
6  Q   Did you say how many?  Ninety-what feet?
7  A   I said 98.  It's calculated at 97.
8  Q   You'll give back a foot?
9  A   Yeah.
10 Q   And again, how much of the loading area would have been
11 impacted?
12 A   Well, all of the loading area, plus well beyond it.
13 Q   Again, let me ask you about the asphalt degradation with
14 a 1,000-gallon spill of perc.  How much does this puddle weigh
15 down on the asphalt?  How much was it, weightwise?
16 A   Well, again, just the puddle is several inches deep at
17 this point, so 3 or 4 inches deep.  It's not that much more
18 weight, but there's sure a lot more amount of perc to dissolve
19 the asphalt that it touches.  And it's coming out over a
20 longer time, also.
21 Q   More or less asphalt degradation?
22 A   More.
23 Q   Again, well, let's cut to the chase again, getting back
24 to our contamination area shown in the ROD.  I've got
25 1,000 gallons.  Do you have an opinion as to how much of that

Page 1409

1    could have made it to the northwest corner, to the hotspots as
2    indicated in the ROD?
3    A   Yes, I do.
4    Q   What is your opinion, Professor?
5    A   Again, I don't think that any of it could have made it
6    out there.  It evaporates too fast, it soaks in, and it would
7    have left a track.
8    Q   Would there be any question in your mind as to the extent
9    of this -- can you explain to the jury the extent of change to
10   the loading area that would have been observable to just about
11   any person with their wits about them?
12   A   Well, it would have been exposed to lots of perc for a
13   long period of time.  There would have been perc left in any
14   low spots.  Not all of it.  Just -- you know, we've all seen
15   water run through ditches.  Perc, again, is like water in that
16   sense.  You don't just go by and nothing left, no residue of
17   liquid left.  Plus, that, it's dissolved in the asphalt.  It's
18   dissolved in a huge, working on a huge circumference or circle
19   area of asphalt and attacking it.  It's a large spill so it's
20   spread out more.  It's evaporating.  You know, it just won't,
21   it just won't get up there 400 feet away.
22   Q   But what's that loading area and unloading area look like
23   after 1,000 gallons of perc has been dumped in it, in the
24   facilities there?
25   A   It's a mess.  It's a huge mess.  Every low spot has got

Page 1410

1    perc in it, and in those low pots the asphalt is dissolved,
2    making it a tar, a gooey mess.  If people go out there and
3    drive trucks through it, they'll see that the asphalt has been
4    destroyed.  You'll see large areas of the gravel, the
5    aggregate exposed because the perc has flowed past it,
6    dissolved the asphalt and taken it away.  I mean, it's not
7    possible that people wouldn't see that.  It's not possible
8    that they wouldn't have observed that.
9    Q   Let me return finally to another property of perc, which
10   is its odor.  And let's go back to the 500-gallon spill.  Is
11   there a way to calculate for the jury how noticeable a
12   500-gallon spill of perc would have been at the Dyce facility
13   back in the 1970s?
14   A   In terms of its odor?
15   Q   Yes.
16   A   Yes, uh-huh.
17   Q   You can calculate that?
18   A   Yes, you can.
19   Q   Explain.
20   A   These are standard methods, but people can smell perc at
21   about 50 parts per million.  That's 5/1,000ths of 1 percent.
22   So in air, 50 parts per million is 5/1,000ths of 1 percent,
23   and that's what you and I can smell.
24   Q   So?
25   A   Well, if you calculate 500 gallons of perc evaporating,

Page 1411

1    you can calculate the volume of air that that would fill up,
2    and then so by knowing the volume of air, you know the
3    diameter or the total distance over which a spill of perc of
4    that size would be, would be noticeable by people.
5    Q   Did you do that for 500 gallons?
6    A   Yes, I did.
7    Q   And what does that translate?
8    A   It's a hemisphere, a bowl, that's about a little over
9    1,000 feet in diameter from side to side.  So it would fill up
10   a hemisphere, a bowl, if you will, of air that's 1,000 feet
11   across with perc at 50 parts per million.
12       MR. DAVIS:  Mike, could you pull up, from the ROD
13   again, Exhibit 3059, page 118?
14       DOCUMENT TECHNICIAN:  (Complied with request.)
15       MR. DAVIS:  No, try 19.  No, I think it was -- hard
16   to see.  Go back to 18.
17       DOCUMENT TECHNICIAN:  (Complied with request.)
18   BY MR. DAVIS:
19   Q   Do you see a scale there in the lower right-hand corner
20   of that exhibit, Professor Dale?
21   A   Yeah, I guess I do.
22   Q   Okay.  And can you see, can you locate the Brenntag
23   facility there?
24   A   Yes.
25   Q   Okay.  Using that scale and using your index finger or

Page 1412

1    other digit of choice, can you give this jury a rough
2    approximation of how big an area around the Brenntag/Dyce
3    facility in which you'd have this sphere you've just described
4    where people would have been able to smell perc?
5    A   Well, the scale is 100 feet.  The whole distance there is
6    200 feet.  So if you take that plus that -- sorry.  Not doing
7    too great a job here.
8        This distance is roughly 200 feet.  So double it to make
9    it 400 feet.  And put that at the center of a, of a bubble
10   that would be -- I'm not doing this well.
11       It would be like that.
12   Q   So anyone in that, that area you've drawn on this exhibit
13   would have been able to smell a 500-gallon perc spill at the
14   Dyce loading facility?
15   A   Yes.  Actually that area and probably more.
16   Q   Let me go back to that loading and unloading area, and
17   let's assume someone has come on the scene and wants to, in
18   fact, cover up the spill and is trying to do something, such
19   as wash it with a garden hose or do something.  With
20   500 gallons of perc, as they're standing there by this puddle,
21   what would you expect to have with the odor, the fumes coming
22   off?
23   A   At 50 parts per million, people can smell perc pretty
24   easily.  At a concentration 10 times that, 500 parts per
25   million, people start to get -- actually, more susceptible

Page 1413

1  people, well before then, but would get light-headed and dizzy
2  and start to get disoriented.
3  Q   So if you had someone working around a 500-gallon spill
4  of perc trying to channel it or do anything with it, what
5  would you expect to happen to that person?
6  A   That person is in great danger of passing out and dying,
7  being overcome by the fumes and being killed.
8  Q   Well, what do you recall from the witnesses you heard
9  last week as to when the inventory -- let me back up.
10      Did you hear Professor Harris posit that there might have
11  been multiple spills, even though we only have one inventory
12  shortage?
13  A   Yes, I did.
14  Q   All right. Let's assume there were four separate
15  50-gallon spills. I think that's what the numbers were that
16  were bandied about on Friday. Let me ask you, first of all,
17  with regard to how that could have occurred, there's any
18  down from 250 down to 50. Would there be evidence in the
19  asphalt?
20  A   Yes. It would have damaged a lot of asphalt, also.
21  Q   Would an individual spill of 50 gallons, is there any --
22  do you have an opinion as to whether there's any possibility
23  that a spill of that size could make its way in the manner
24  Professor Harris or Dr. Harris has posited from the
25  loading/unloading area to the northwest corner?

Page 1414

1  A   Yes, I have an opinion.
2  Q   What's your opinion, sir?
3  A   No, it could not have done so.
4  Q   Why not?
5  A   It would have evaporated. It would have soaked in. Some
6  of it would have stayed behind and stuck with the asphalt,
7  dissolving the asphalt into puddles.
8  Q   Let me now move on to the last topic I want to cover with
9  you, which is what time of year do you remember the testimony
10  about the inventory shortages?
11  A   Mr. Naff indicates in December, so that's the last
12  quarter of the year. The other testimony is the first quarter
13  of the year, somewhere between January, February, and March.
14  Wintertime, anyway.
15  Q   Okay. Back in the olden days, before global warming, do
16  you understand -- what do you know about whether it ever got
17  cold here in Billings, Montana back in the 1970s?
18  A   Yeah, it did.
19  Q   Would or wouldn't cold weather conditions or the
20  variables implicit in those conditions, snow, low
21  temperatures, ice, wind, would they have any effect on how you
22  have described the PCE, perc, behaving in a spill?
23  A   I come to the same conclusion that I've come to
24  otherwise. I've looked at those variables.
25  Q   Let's at least talk about temperature. What's the

Page 1415

1  temperature that perc freezes?
2  A   About 8 degrees below zero Fahrenheit.
3  Q   Well, let's assume it was a really, really cold day in
4  Billings when this spill occurred, and let's say it was 10
5  below. Somehow they could -- I guess the truck is heated.
6  What would happen?
7  A   Well, perc freezes at about minus 8, and, plus, it's
8  evaporating. Even though it's cold, it can still evaporate.
9  So when it gets out, it starts to freeze. It starts to turn
10  into a slush, and then it doesn't flow very well at that
11  point, so it just stays there.
12  Q   Is the degradation of the asphalt going to be any
13  different at, say, zero than it would be at 50 or 100 degrees?
14  A   It will be slower, but it will still happen. You can
15  dissolve a lot of sugar in iced tea even when the iced tea is
16  cold. You can dissolve an awful lot of asphalt in perc even
17  though it's cold.
18  Q   All right. Let's move up the scale a little bit. And
19  again, to play to the obvious, what's the freezing temperature
20  of water?
21  A   32 degrees Fahrenheit.
22  Q   All right. So it's a kind of normal winter day in
23  Billings. It's above 8 below and below 32. Any difference in
24  your scenario in that kind of temperature range to what you've
25  told this jury would happen with this perc spill?

Page 1416

1  A   It will evaporate somewhat slower because of temperature,
2  but there are other variables.
3  Q   What do you mean?
4  A   Well, one of the things that influences the evaporation
5  rate is the wind speed. Wind speeds in the winter are
6  generally higher, at least the weather service says they are,
7  than they are in the summertime.
8  Q   So what effect would that have?
9  A   It would just hasten the evaporation compared to a
10  summertime spill, using that. The temperature would be less,
11  so it would be a little less fast, but the wind speed could
12  make it evaporate more.
13  Q   All right. Well, let's throw another variable in that
14  might impact what could happen with this 250- to 1,000-gallon
15  perc spill in the loading area. There's ice or snow on the
16  ground back there. What's the difference, if any?
17  A   It doesn't change things.
18  Q   Why not?
19  A   Perc doesn't freeze until 8 below, 8 below zero, so it's
20  tons and tons of perc. It's going to melt any ice or snow. I
21  mean, even a couple 3 inches or more of ice or snow are going
22  to be melted by tons and tons of perc.
23  Q   Then what's going to happen?
24  A   Well, again, perc is heavier than water, so the perc
25  that's melted the water, melted the ice, is going to sink to

Page 1437

1  Q   And you also did that for your calculation as to how perc
2  would affect asphalt?  You told us that would have a puddle,
3  3, 4 inches thick, and that's how you knew we'd get this
4  bathtub ring?
5  A   Yes, that's right.
6  Q   And again, whose testimony did you rely on in assuming
7  that it was a perfectly level surface?
8  A   My interpretation doesn't require it be perfectly level.
9  All it needs is asphalt and reasonably level.  Not too huge a
10  slope.
11  Q   But you don't know what the slope was, do you?
12  A   We have estimates.
13  Q   And what are the estimates?
14  A   Well, based on the 1992 application of Dyce for a
15  stormwater run-off permit -- they had to apply to get a permit
16  for the stormwater discharge -- it's about a tenth of a
17  percent in that area.  One foot in a thousand feet is the drop
18  in the area of the loading dock.
19  Q   You understand that as of 1992, that whole area had been
20  covered with concrete, and there was a concrete tank farm in
21  there?
22  A   That's correct.
23  Q   So it wasn't the same as it was in 1975; isn't that
24  correct?
25  A   I don't know how different it was.

Page 1438

1  Q   You don't know what the angle was in 1975?
2  A   Well, I have an idea.
3  Q   Based on?
4  A   If you have an area where people are working, they have
5  to handle heavy equipment and offload trucks.  You don't make
6  it very steep.  You try to smooth it out so they'll have an
7  easier time with all kinds of equipment you move around.  You
8  don't let it be steep.
9  Q   Isn't it true, Dr. Dale, that we have to rely on witness
10  testimony to establish what the angle of that
11  loading/unloading area was, what the drainage was?
12  A   I'm sorry; I didn't catch your --
13  Q   We have to rely on witness testimony to tell us what the
14  drainage of that loading and unloading area was?
15  A   No, not just on witness testimony.
16  Q   Isn't it true that your increasingly-sized circles are
17  based on a flat surface, and no witness has testified to that?
18  A   That the surface is completely flat?
19  Q   Yes.
20  A   I don't believe it to be completely flat, that's right.
21      MR. LYNCH:  I have nothing further.
22      MR. DAVIS:  Just briefly.
23      THE COURT:  Wait.  How about -- I've been making
24  this mistake.
25      Do you have any?

Page 1439

1      MR. MICKELSON:  No, Your Honor, we do not.
2      THE COURT:  Go ahead.  You get to be first again.
3      MR. DAVIS:  I won't comment.
4          REDIRECT EXAMINATION
5  BY MR. DAVIS:
6  Q   Did you hear Mr. Naff or Mr. Colver -- they didn't
7  testify about 3 tons of perc pressing down on asphalt, did
8  they?
9  A   No, they didn't.
10  Q   Did the fact that Mr. Naff or Mr. Colver may have
11  observed some other drip, drip on asphalt or whatever they
12  observed -- I think Mr. Naff said he observed something at a
13  refinery -- does that have any impact on what you've told this
14  jury about the dynamics of a spill of hundreds of gallons of
15  perc in a work area where men are moving equipment around,
16  driving trucks, trying to maneuver drums, and all the other
17  activities that were going on in the Dyce loading and
18  unloading area?
19  A   No, it doesn't.  It doesn't affect my opinion at all.
20  Q   And on the subject of the slope of the loading and
21  unloading area, I mean, do you recall hearing testimony about
22  which way rainwater might drip off a building?
23  A   Yes.
24  Q   All right.  Does that in any way affect what you've just
25  told this jury about what common sense tells you about the

Page 1440

1  slope of an industrial area where men are working with
2  motorized, with forklifts, with drums, with heavy containers
3  of chemical?
4  A   No.
5  Q   What does common sense tell you about that area?
6  A   It was basically flat with a little bit of slope to carry
7  water away.
8  Q   And again, Professor Dale, we talked about -- Mr. Lynch
9  asked you some questions about odor.  If you put someone in
10  that unloading/loading area either with 250 gallons --
11  directly next to a 250-gallon spill of perchloroethylene, even
12  if it's flowing in one direction or another, what's happening
13  to that person?
14  A   That person is probably going to pass out and then die.
15  They would be overcome because of the perc vapors that are in
16  the area.
17  Q   And, lastly, I think -- well, Mr. Lynch asked you if
18  conditions could affect what you've said or testified about.
19  Would any variation in the conditions that he has thrown out
20  at you, frozen ground, wind blowing from the southwest, snow
21  on the ground, on the bare ground, the fact there's gravel
22  behind that small barn, would that have any impact on your
23  opinion as to how observable the aftereffects of a spill of
24  250 to 1,000 gallons of perc would be in the loading/unloading
25  area?

JoAnn C. Bacheller
Registered Diplomate Reporter
Certified Realtime Reporter
P. O. Box 1424
Billings, Montana 59103-1424
406/247-4477 office
406/247-7008 fax
joann_bacheller@mtd.uscourts.gov

United States Court Reporter

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, Plaintiff, and | ) ) ) ) | CV-04-29-BLG-RFC |
| | ) | VOLUME 7 |
| CONTINENTAL INSURANCE COMPANY, Plaintiff Intervenor, | ) ) | TRANSCRIPT OF JURY TRIAL |
| vs. | ) ) | |
| SOCO WEST, INC., BRILLIANT NATIONAL SERVICES, INC., STINNES CORPORATION, and BRENNTAG (HOLDING) N.V., Defendants. | ) ) ) ) ) ) | |

BEFORE THE HONORABLE RICHARD F. CEBULL
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF MONTANA

James F. Battin United States Courthouse
316 North 26th Street
Billings, Montana 59101
Tuesday, January 30, 2007
08:32:22 to 15:13:43

Proceedings recorded by machine shorthand
Transcript produced by computer-assisted transcription

Page 1472

1                              CONTENTS

2    Proceedings ......................................... 1473

3    Plaintiffs Rest ..................................... 1529

4    Motion of Plaintiffs ................................ 1540

5    Order of Court ...................................... 1551

6    Motion of Defendants ................................ 1551

7    Order of Court ...................................... 1552

8    Settlement of Instructions .......................... 1552

9    Volume 7 Reporter's Certificate ..................... 1564

10

11                             WITNESSES

12   For the Plaintiff and Plaintiff Intervenor:

13   Mr. Ken Kjos (by deposition)

         Direct Examination (Continued) by Mr. Mickelson .... 1473

14

     For the Defendants in Rebuttal:

15

     Mr. Monte Naff

16       Direct Examination by Mr. Lynch ................... 1530

17

18                             EXHIBITS

19   For the Plaintiff and Plaintiff Intervenor:      Received

20   235     12/01/00 Letter to Mielenhausen from Downing ... 1515

21   For the Defendants:

22   3392    02/08/02 Letter to Downing from Mielenhausen ... 1515

23

24

25

Page 1487

1  Q   "Tell me about that process.
2  A   "What we did is we always kept, since it was a designated
3  skid, we always kept a certain level of perc in that shuttle,
4  in that skid.
5  Q   "Why was that?
6  A   "Well, that's just the only thing it was ever used for,
7  and it was easy for us if we kept it at the constant level.
8  You'd load it on the truck, go off-load it.  A customer would
9  come back, weigh it, and then you could tell how much product
10  you gave the customer, and they would just refill it at that
11  time so it was ready to go for the next time.
12  Q   "When you came back, when the truck carrying perc came
13  back to off-load its product back into the perc tank --
14  A   "No, we never unloaded product out of that shuttle back
15  into the perc tank, number 1.  Perc always stayed in that
16  shuttle and the hose.  That's all it was designated for, so
17  the product stayed in there.
18  Q   "Okay.  Did you ever see any spills of perc, minor or
19  major, associated with that process of bringing the perc back?
20  A   "There was a possibility of that few drops or, you know,
21  few ounces when somebody filled it, but there wasn't any
22  spills as far from the skid tank itself or the hose on that
23  skid tank.
24  Q   "Tell me about how perc came into your facility.
25  A   "Well, perc would come in on a semi-trailer, semitruck.

Page 1488

1  Normally the truck was never just perc alone.  It was a couple
2  of different products.  They would come in and, like I say,
3  back down into this number 5 area, and then we would off-load
4  off of that truck either into the bulk tank or into the drums
5  at that time.
6  Q   "Tell me about offloading into the bulk tank.
7  A   "Well, you would uncouple.  On the bottom of the truck,
8  there would be a discharge outlet.  You would run a hose.  You
9  would hook a hose up to that discharge outlet to our pumps,
10  the pump that was designated for the perc tank.  And then you
11  would suck off of that trailer into the perc tank, or you
12  could also pump right directly into drums.  And then you would
13  unhook from that truck, and the truck would go to scale, so we
14  knew exactly how much product we were getting.
15  Q   "Did you ever see any perc spilled during that process of
16  unhooking from the truck?
17  A   "Yes.  Several times there were a few drops or some
18  ounces.  We always tried to put -- we called them spill
19  buckets, but it was just a bucket or half a bucket that we cut
20  off underneath our connection so we would catch any spill if
21  there was some ounces or drops that dripped.
22  Q   "Did you always catch everything in those buckets?
23  A   "No.  There were times when some drops would hit the
24  cement.
25  Q   "Was there ever times when it was more than just drops

Page 1489

1  that hit the cement?
2  A   "The most I would ever say would be a quart.
3  Q   "And how often would that happen, a few drops or a quart,
4  a quart?
5  A   "Very seldom.  Once every few semi loads.
6  Q   "And how often did you get semi loads?
7  A   "I'd say three a summer, three a season.  No, that's not
8  a fair statement.  I'd say four to five a year.  That's a
9  rough estimate.
10  Q   "Did you ever have any perc spillage associated with
11  disconnecting the hose from your designated perc pump?
12  A   "Yes.  Here again, there would be those few ounces or
13  drops, yes.
14  Q   "Would you ever spill a quart there?
15  A   "Yes, quantities as much as a quart, but, boy, by that
16  time you had everything shut down so there would never be
17  quantities more than that.
18  Q   "And how often might that occur?
19  A   "Probably that same interval, once every three, four
20  loads.  Again, here, you tried to keep one of those drip
21  buckets or spill buckets under it so you could catch it.
22  Q   "But you didn't catch it all?
23  A   "No, no.
24  Q   "Do you ever remember, what did perc do to asphalt?
25  A   "Over a long period of time, it would deteriorate it.

Page 1490

1  Q   "Did you ever remember seeing that process?
2  A   "No, because, like I say, perc evaporated so fast that if
3  you spilled a cup onto the asphalt, especially, you know, on a
4  moderate temperature day, 65 and above, it would evaporate it
5  before it could do that deterioration.
6  Q   "How do you know that perc deteriorates asphalt?
7  A   "Over time, over time in this area where there used to be
8  asphalt --
9  Q   "Are you indicating Area 5?
10  A   "Area No. 5.  You could see deterioration of the asphalt,
11  and that was not just from the perc.  That was just over time.
12  Anything that might have dripped onto there and the forklifts
13  running over it and so on, so forth, so that's why they
14  decided they better put cement there.
15  Q   "Did you observe the deterioration with your own eyes?
16  A   "Yes.  I would say, you know, over the five years I was
17  there, it was pavement, you know, in that period of time.  You
18  could see places where it might start getting roughed up, and
19  you could see a few of the stones starting to poke up and, you
20  know, that type of thing, but I never did see a -- you know,
21  to where it was any worse than that.
22  Q   "Did you believe some of that was due to perc?
23  A   "I would say a combination of all the products, not just
24  perc.
25  Q   "So it was common for other product to hit that asphalt,