



USFG-02-000002



USFG-02-000003



USFG-02-000004



USFG-02-000005




USFG-02-000006



USFG-02-000007



USFG-02-000008



USFG-02-000009



USFG-02-000010



USFG-02-000011



USFG-02-000012



USFG-02-000013



USFG-02-000014



USFG-02-000015