

USFG-02-000016



USFG-02-000017





USFG-02-000019



USFG-02-000020



USFG-02-000021



USFG-02-000022



USFG-02-000023



USFG-02-000024



USFG-02-000025



USFG-02-000026



USFG-02-000027



USFG-02-000028



USFG-02-000029



USFG-02-000030

USFG-02-000031



USFG-02-000032



USFG-02-000033



USFG-02-000034